1  ASIM K. DESAI  (SBN:  175402)
   MARGRET G. PARKE  (SBN:  126120)
2  GORDON REES SCULLY MANSUKHANI, LLP
   633 West Fifth Street, 52nd floor
3  Los Angeles, CA 90071
   Telephone:  (213) 270-7850
4  Facsimile:  (213) 680-4470
   E-mail:  adesai@grsm.com
5           mparke@grsm.com

6  Attorneys for Defendant
   MESA UNDERWRITERS SPECIALTY
7  INSURANCE COMPANY

8

                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY TREE SERVICE, INC., dba CENTURY PRODUCTS, a California corporation; and FLOYD THOMAS SMITH, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, an entity; and DOES 1 to 50, INCLUSIVE<br><br>Defendants. | CASE NO.<br><br>**DEFENDANT MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (DIVERSITY)**<br><br>[Filed concurrently with Certificate of Interested Parties, and Declaration of Heather Koorsgaard]<br><br>Complaint filed:  02/10/2020 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant Mesa Underwriters Specialty Insurance Company ("MUSIC") hereby seeks removal of the above-entitled action from the Superior Court of the State of California in and for the County of Orange to the United States District Court pursuant to 28 U.S.C. §§ 1331 and 1446.  This

-1-
DEFENDANT MESA UNDERWRITERS SPECIALTY INSURANCE
COMPANY'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441
(DIVERSITY)

notice is based upon the original jurisdiction of the United States District Court over the parties under 28 U.S.C. § 1332 (diversity of citizenship).

## I. JURISDICTION

1. On February 10, 2020, Century Tree Service, Inc., dba Century Products ("Century") commenced an action in the Superior Court of the State of California in and for the County of Orange entitled, *Century Tree Service, Inc. dba Century Products v. Mesa Underwriters Specialty Insurance Company*, Case No. 30-2020-0113-817-CU-IC-CJC ("the "Century Action"), (Exhibit "A" attached to Declaration of Heather Korsgaard ("Korsgaard Dec.").

2. The Century Action could have originally been filed in this Court pursuant to 28 U.S.C. § 1332(a) because complete diversity of citizenship exists and because the amount in controversy exceeds $75,000, exclusive of interest and costs. This Court therefore has original jurisdiction over this matter, and it is removable pursuant to 28 U.S.C. § 1441(a) and (b).

## II. THE NOTICE OF REMOVAL IS TIMELY

3. The complaint in the Century Action, along with the summons, was served on MUSIC on February 14, 2020. (Korsgaard Dec., at p. 2, ¶¶ 3-4 and Exhibits "A" and "B" attached thereto.)

4. At no time prior to February 14, 2020, did MUSIC receive a copy of either the summons or complaint. (Korsgaard Dec., at p. 2, ¶ 5.)

5. The only other documents served on MUSIC prior to its filing this Notice of Removal were: (a) Proof of Service of Summons; (b) Alternative Dispute Resolution (ADR) package; (c) Civil Case Coverage Sheet; and (d) Notice and Acknowledgement of Receipt – Civil. (Korsgaard Dec., at p. 2, ¶ 6 and Exhibit "C" attached thereto)


6. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), which provides that such notice "shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleadings setting forth the claim for relief upon which such action or proceeding is based, or within thirty days after the service of summons upon the defendant if such initial pleading has been filed in court and is not required to be served on the defendant, whichever period is shorter." MUSIC has filed this notice within 30 days after service of the summons and complaint filed in the Century Action.

7. The defendants designated in the summons and complaint as Does 1 to 50 are fictitious defendants and are to be disregard for the purposes of removal. 29 U.S.C. § 1441(a).

## III. COMPLETE DIVERSITY OF CITIZENSHIP EXISTS

### A. Century Tree Service, Inc. dba Century Products

8. MUSIC is informed and believes, and upon such information and belief alleges, that Century is a California corporation that is registered to do business in the state of California. The complaint filed in Orange County Superior Court in the Century Action identifies Century as "corporation organized in California with its principal place of business in the City of Anaheim, County of Orange, State of California, and is and has been duly authorized to conduct business in California." (Exhibit "A" at pp. 1-2, ¶ 2.)

### B. Floyd Thomas Smith

9. MUSIC is informed and believes, and upon such information and belief alleges that Floyd Thomas Smith ("Smith") is an individual of majority age residing in the County of Orange, State of California. The complaint filed in Orange County Superior Court in the Century Action identifies Smith as "residing in County of Orange, State of California, and is and has been a stockholder,

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

director, and officer of Century." (Exhibit "A" at p. 2, ¶ 3.)

### C. Mesa Underwriters Specialty Insurance Company

10. MUSIC is, and was at the time the complaint in the Century Action was served, a company incorporated in Oklahoma and redomiciled in New Jersey. MUSIC's principal place of business is in Branchville, New Jersey. (Korsgaard Decl., at p 2, ¶ 8.) MUSIC has no business offices located in California. (*Id.*)

## IV. THE AMOUNT IN CONTROVERSY REQUIREMENT IS SATISFIED

14. MUSIC respectfully submits that, based upon the Century Action complaint, the amount of Century Tree's claimed damages clearly exceeds $75,000.

15. The Century Action arises out of an insurance claim submitted by Century Tree under Policy No. MP0004008013408 issued by MUSIC to Century Tree Service, Inc. ("the Policy") and effective from 11/18/2018 to 11/18/2019. (Exhibit "A" at p. 3, ¶ 10.) The limits of the policy for personal and advertising injury are $1,000,000. (Korsgaard Decl., p. 3, ¶ 9.) Century seeks coverage under the Policy for a defense and indemnity of claims alleged against it in an underlying lawsuit filed in U.S. District Court, Central District, Case No. 8:19-cv-01575, entitled *Water for Living, LLC v. GForce Corporation dba DFX Sports & Fitness LLC; Century Tree Service, Inc.; and Tom Smith* ("Underlying Lawsuit"). The Underlying Lawsuit states causes of action for copyright infringement, false advertising, unfair business practices, unfair competition, trademark infringement, trademark dilution and civil conspiracy. (Exhibit "A" at p. 6, ¶ 16 and Exhibit 2 thereto.)

/ / /

/ / /

/ / /

-4-
DEFENDANT MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (DIVERSITY)

16. In Underlying Lawsuit, for which Century seeks a defense and indemnity in the Century Action, the plaintiff alleges that it would be entitled to recover "instead of actual damages and profits an award of statutory damages of up to two million dollars ($2,000,000) per mark per type of goods or services sold, offered for sale, or distributed." (Exhibit "A", Exhibit 2, thereto, at ¶ 101.)

17. In the Underlying Lawsuit, plaintiff prays for compensatory damages of "no less than $500,000." The Underlying Lawsuit also seek plaintiff's costs and expenses, reasonable attorney's fees and prejudgment interest. (Exhibit "A", Exhibit 2 thereto, Prayer, ¶¶ 7-9; Korsgaard Decl., p. 3, ¶ 12.)

18. In the Century Action, the complaint alleges that Century has suffered and will continue to suffer damages, without limit, attorneys' fees, litigation costs, expert witness costs, judgment and interest and indemnity amounts, all to be shown at the time of trial. (Exhibit "A" at pp. 10-11, ¶ 44.)

## V. THE OTHER PREREQUISITES HAVE BEEN SATISFIED

20. Pursuant to 28 U.S.C. § 1446(d) Notice to Adverse Party of Removal to Federal Court will be served "promptly" on Century. Additionally, the Notice to Adverse Party of Removal to Federal Court will be filed with the Superior Court of California, County of Orange, also pursuant to 28 U.S.C. § 1446(d).

21. If any question arises as to the propriety of the removal of the Century Action, MUSIC requests the opportunity to present a brief and oral argument in support of their position that this case should be removed to District Court based upon diversity of citizenship.

WHEREFORE, MUSIC desires to remove this case to the United States District Court for the Southern District of California, pray that the filing of the Notice to Adverse Party of Removal to Federal Court with the Clerk of the

/ / /

Superior Court of California, County of Orange, shall effect the removal of this action to District Court. 28 U.S.C. § 1446(d).

Dated: March 16, 2020

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By: _____
Asim K. Desai
Margret G. Parke
Attorneys for Defendant Mesa Underwriters Specialty Insurance Company

**Gordon Rees Scully Mansukhani, LLP**
**633 West Fifth Street, 52nd floor**
**Los Angeles, CA 90071**

1205987/50575965v.1