ASIM K. DESAI (SBN: 175402)
MARGRET G. PARKE (SBN: 126120)
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071
Telephone: (213) 270-7850
Facsimile: (213) 680-4470
E-mail: adesai@grsm.com
mparke@grsm.com

Attorneys for Defendants
MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY TREE SERVICE, INC., dba CENTURY PRODUCTS, a California corporation; and FLOYD THOMAS SMITH, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, an entity; and DOES 1 to 50, INCLUSIVE<br><br>Defendants. | CASE NO.<br><br>**DECLARATION OF HEATHER KORSGAARD IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441 (DIVERSITY)**<br><br>Complaint Filed: 02/10/2020 |

**DECLARATION OF HEATHER KORSGAARD**

I, Heather Korsgaard declare:

1. I am a Complex Claims Coverage Specialist at Selective Insurance Company of America, an affiliated company of Mesa Underwriters Specialty Insurance Company ("MUSIC"). I am the person responsible for managing the litigation brought by plaintiff Century Tree Service, Inc. ("Century") against

-1-
DECLARATION OF HEATHER KORSGAARD IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441 (DIVERSITY)

in this matter.

2. This declaration is submitted in support of MUSIC's Notice of Removal in connection with the action filed in the Superior Court of the State of California in and for the County of Orange, entitled *Century Tree Service, Inc. dba Century Products, et al. v. Mesa Underwriters Specialty Insurance Company*, Case No. 30-2020-01130817-CU-IC-CJC ("the Century Action"). I have personal knowledge of the matters set forth herein and, if called upon as a witness, I could and would competently testify thereto.

3. A true and correct copy of the complaint served upon MUSIC in the Century Action is attached hereto as Exhibit "A".

4. The complaint in the Century Action, along with the summons, was served on MUSIC on February 14, 2020. A true and correct copy of the summons filed and served in the Century Action is attached hereto as Exhibit "B".

5. At no time prior to February 14, 2020, did MUSIC receive a copy of the summons or complaint in the Century Action.

6. The only other documents served on MUSIC prior to its filing this Notice of Removal were: (a) Proof of Service of Summons; (b) Alternative Dispute Resolution (ADR) package; (c) Civil Case Coverage Sheet; and (d) Notice and Acknowledgement of Receipt – Civil. A true and correct copy of these documents served on MUSIC with the summons and complaint is attached as Exhibit "C".

7. The complaint in the Century Action identifies Century Tree Service, Inc. dba Century Products as a corporation organized in California with its principal place of business in the City of Anaheim, County of Orange, State of California. The complaint in the Century Action also identifies Floyd Thomas Smith as a resident of the County of Orange, State of California.

8. MUSIC is, and was at the time the complaint in the Century Action was served, a company incorporated in Oklahoma and redomiciled in New Jersey. MUSIC's principal place of business is in Branchville, New Jersey. MUSIC has no

-2-
DECLARATION OF HEATHER KORSGAARD IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441 (DIVERSITY)

business offices located in California.

9. The Century Action arises out of an insurance claim submitted by Century under Policy No. MP0004008013408 issued by MUSIC to Century Tree Service, Inc. ("the Policy") and effective from 11/18/2018 to 11/18/2019. The limits of the policy for personal and advertising injury are $1,000,000.

10. The complaint filed in the Century Action alleges seeks a declaration that MUSIC owes a duty to defend and indemnify Century for claims alleged against it in an underlying action filed in U.S. District Court, Central District, Case No. 8:19-cv-01575, entitled *Water for Living, LLC v. GForce Corporation dba DFX Sports & Fitness LLC; Century Tree Service, Inc.; and Tom Smith* ("Underlying Lawsuit"). The Underlying Lawsuit states causes of action for copyright infringement, false advertising, unfair business practices, unfair competition, trademark infringement, trademark dilution and civil conspiracy.

11. The complaint alleges that Century has suffered and will continue to suffer damages, without limit, attorneys' fees, litigation costs, expert witness costs, judgment and interest and indemnity amounts, all to be shown at the time of trial.

12. In the underlying lawsuit, plaintiff prays for compensatory damages of "no less than $500,000." The Underlying Lawsuit also seek plaintiff's costs and expenses, reasonable attorney's fees and prejudgment interest.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 13th day of March 2020, at Branchville, New Jersey.

_____
Heather Korsgaard

-3-

DECLARATION OF HEATHER KORSGAARD IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441 (DIVERSITY)