# EXHIBIT A

Electronically Filed by Superior Court of California, County of Orange, 02/10/2020 08:41:47 AM.
30-2020-01130817-CU-IC-CJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By Valerie Hammer, Deputy Clerk.

Phillip Geurts, SBN 231320
Geurts Law Firm
18100 Von Karman Suite 850
Irvine, CA 92612
Telephone: 714-307-9192
Facsimile: 949-861-6155
Email Address: phil@mgcalaw.com
Attorney for Plaintiff
Century Tree Service, Inc. dba Century Products

## SUPERIOR COURT OF CALIFORNIA

## FOR THE COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

| | |
|---|---|
| CENTURY TREE SERVICE, INC., dba CENTURY PRODUCTS, a California corporation; and FLOYD THOMAS SMITH, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, an entity; and DOES 1 to 50, inclusive,<br><br>    Defendants. | Case No. 30-2020-01130817-CU-IC-CJC<br><br>ASSIGNED FOR ALL PURPOSES TO JUDICIAL OFFICER:<br>DEPT.: Judge Robert J. Moss<br><br>**COMPLAINT**<br>**1. BREACH OF CONTRACT**<br>**2. BAD FAITH**<br>**3. UNFAIR BUSINESS PRACTICES**<br>**4. DECLARATORY RELIEF** |

Plaintiff CENTURY TREE SERVICE, INC., DBA CENTURY PRODUCTS, a

California corporation (referenced as "Century"), and Plaintiff FLOYD THOMAS SMITH, an

individual (referenced as "Smith") (collectively, "Plaintiffs"), by and through their counsel of

record, Phillip Geurts of Geurts Law Firm, complain and allege against Defendants MESA

UNDERWRITERS SPECIALTY INSURANCE COMPANY, an entity, (referenced as

"MUSIC") and Does 1 to 50, inclusive (referenced as Doe Defendants) (collectively

"Defendants") as follows:

1.      This case seeks declaratory relief and damages for breach of contract and bad

faith against the Defendants in connection with the underlying action *Water for Living, LLC v.

GForce Corporation d/b/a DFX Sports & Fitness, et al.,* Case No. 8:19-cv-1575-JVS-JDE, filed

in the United States District Court, Central District of California on September 5, 2019

("Underlying Case").

## THE PARTIES

2.      For all times relevant to this Complaint, Plaintiff CENTURY TREE SERVICE,

1  INC., dba CENTURY PRODUCTS ( "Century"), is and has been a corporation organized in

2  California with its principal place of business in the City of Anaheim, County of Orange, State

3  of California, and is and has been duly authorized to conduct business in California.

4        3.    For all times relevant to this Complaint, Plaintiff FLOYD THOMAS SMITH

5  ("Smith"), is and has been an individual of majority age residing in County of Orange, State of

6  California, and is and has been a stockholder, director, and officer of Century.

7        4.    Plaintiffs are informed and believe, and thereon allege, that at all times relevant

8  to this Complaint, Defendant MESA UNDERWRITERS SPECIALTY INSURANCE

9  COMPANY, an entity ("MUSIC") was and is an entity organized and exiting under the laws of

10  one of the states of the United States, doing business in Orange County, California, authorized

11  to do business in California, and authorized to conduct business as an insurer issuing insurance

12  policies to California insureds through California licensed brokers.

13        5.    Plaintiff does not know the true names of Defendants Does 1 through 50 and

14  therefore sues them by those fictitious names. Plaintiff is informed and believes, and thereon

15  alleges, that each of those Doe Defendants was in some manner legally responsible for the

16  events and happenings alleged in the Complaint and for Plaintiff's injuries and damages. The

17  names, capacities, and relationships of Defendants Does 1 through 50 will be alleged by

18  amendment to this Complaint when they become known to Plaintiff.

19                                      **JURISDICTION AND VENUE**

20        6.    This Court has jurisdiction pursuant to California Constitution, Article VI, § 10

21  and California Code of Civil Procedure §§ 85 and 410.10 over this action brought for damages

22  exceeding $25,000 for tort and contract claims.

23        7.    This court has personal jurisdiction over the Defendants pursuant to California

24  Code of Civil Procedure § 415.10, et seq.

25        8.    Venue is proper under California Code of Civil Procedure § 395.5 in Orange

26  County because the insurance contracts provided to Plaintiffs were issued to Plaintiffs in

27  Orange County and the Defendants conduct business within Orange County.

28        9.    This action is brought within applicable statutory time limits of California law.

**THE INSURANCE POLICY**

10.     The Defendants instructed the issuance and/or directly issued a Commercial General Liability Policy, Policy No. MP0004008013408 covering Plaintiffs effective 11/18/2017 to 11/18/2018, and said Policy was renewed for the additional period of 11/18/2018 to 11/18/2019, and thus was effective during the occurrences alleged in the Underlying Case ("Policy"). Attached hereto as **Exhibit "1"** is a true and correct copy of Policy No. MP0004008013408.

11.     The Policy provides for a limit of $1,000,000 for each occurrence, and for a personal and advertising limit of $1,000,000, and coverage obligations are subject to the deductibles stated in the Policy.

12.     The Policy contains the following relevant provisions:

**SECTION 1 – COVERAGES**
**COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**
    **1. Insuring Agreement**
        a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:
        (1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and
        (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.
        No other obligations or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments—Coverages **A** and **B**.
        ...
    **2. Exclusions**
        This insurance does not apply to:
        **o. Personal And Advertising Injury**
        "Bodily injury" arising out of "personal and advertising injury."

**COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**
    **1. Insuring Agreement**
        a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:
        (1) The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

(2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligations or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments—Coverages **A** and **B**.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation of Rights of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, or material, if done by or at the direction of the insured with knowledge of its falsity.

...

**f. Breach of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

...

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

See Replacement Clause below.

**j. Insureds in Media And Internet Type Businesses**

...

For purposes of this exclusion, the placing of frames, borders, or links, or advertising, for you or others anywhere on the internet is not by itself, considered the business of advertising, broadcasting, publishing, or telecasting.

...

**l. Unauthorized Use of Another's Name or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

...

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend

a. All expenses we incur.

...

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

f. Prejudgment interest awarded against the insured...

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in the court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance

...

**SECTION II – WHO IS AN INSURED**

1. If you are designated in the Declaration as:

...

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

COMPLAINT

PAGE 4

...

**SECTION V -- DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

   a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   b. Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

   ...

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

   ...

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or other similar governing document.

   ...

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury," arising out of one or more of the following offenses:

   ...

   d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

   f. The use of another's advertising idea in your "advertisement"; or

   g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

   ...

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

   ...

**EXCLUSION – INFRINGEMENT OF INTELLECTUAL PROPERTY**

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**SECTION I – COVERAGES – COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY 2.-**
**Exclusions I. – Infringement of Copyright, Patent, Trademark or Trade Secret** is replaced with the following:
**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**
"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

**SECTION V – DEFINITIONS – 14.** is replaced with the following:
**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

a.    False arrest, detention or imprisonment;
b.    Malicious prosecution;
c.    The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;
d.    Oral or written publication, an any manner, of material that slanders or libels a person or organization or disparages person's or organization's goods, products or services; or
e.    Oral or written publication, in any manner, of material that violates a person's right of privacy.

**PUNITIVE DAMAGES EXCLUSION**
This insurance does not apply to any fines, penalties, punitive damages, exemplary damages, treble damages or the multiplication of compensatory damages.

13.     Plaintiffs are informed and believe, and on that basis allege, that the Policy was in force at all relevant times for the events claimed in the Underlying Case.

14.     No payments of amounts for covered losses have been made by any of the Defendants to any of the Plaintiffs.

15.     Century has fully complied with and performed all terms and conditions of the Policy and has made all premium payments required thereby.

## THE UNDERLYING CASE

16.     This case is based on the underlying action *Water for Living, LLC v. GForce Corporation d/b/a DFX Sports & Fitness, et al.,* Case No. 8:19-cv-1575-JVS-JDE, filed in the United States District Court, Central District of California on September 5, 2019 ("Underlying Case"). Attached hereto as **"Exhibit 2"** is a true and correct copy of the Complaint for the Underlying Case.

17.     The Complaint in the Underlying Case is brought by a limited liability company ("Water for Living, LLC") that alleges it has suffered damages caused by false advertising, unfair business practices, copyright and trademark infringements, trademark dilution, and civil conspiracy.

18.     In the Underlying Case, Water for Living, LLC, alleges that it owns registered copyrights and common law rights in certain trademarks. Its allegations regarding trademarks reference only claim common law rights and *applications* for federal trademarks, not registrations. The claimed federal trademark have not achieved registration status, nor can they achieve registration under current federal laws prohibiting marketing and sale in federal

1   commerce of the products at issue.

2       19.    In the Underlying Case, Water for Living, LLC, alleges GForce Corporation,

3   Century, and Smith, or some combination thereof, registered a domain name and created a

4   website containing photographs of Water for Living, LLC's products and text copied from

5   Water for Living, LLC's website. However, that same Complaint additionally asserts that those

6   particular parties were negotiating a contractual deal whereby they, or some combination of

7   them, would promote and sell products for Water for Living, LLC. These allegations clearly

8   raise the issue of whether the use, if any, was consensual and authorized, and therefore not

9   within the exclusion from the Policy against coverage for intentional harmful acts. The

10   allegations also quote correspondence that specifically states that use was with consent and

11   continued use, if any, was unintentional and would be removed.

12       20.    In the Underlying Case, the Complaint alleges orders were placed through the

13   website but goods were never received, and further that use was not stopped despite a "cease

14   and desist" demand. The Complaint alleges that the creation of a functional copy of Water for

15   Living, LLC's website and failure to supply goods through it constitute false advertising and

16   unfair trade practices causing monetary loss, disruption of Water for Living, LLC's business,

17   and irreparable harm to its reputation. These claims are not within the Policy exclusion related

18   to copyright, trademark, and trade secret interests.

19       21.    Within a few weeks of being served with the Underlying Case, Plaintiffs

20   tendered defense of the Underlying Case to Defendants. However, defense was refused by

21   Defendants in a letter dated September 16, 2019. Attached as "**Exhibit 3**" are true and correct

22   copies of this correspondence.

23       22.    Defendants disclaimer of coverage in its September 16, 2019, letter was based in

24   part on the Policy exclusions related to copyright and trademark infringements. However, the

25   Underlying Case on its face is broader than mere copyright- and trademark-related causes of

26   action. It also includes false advertising, unfair business practices, unfair competition, and

27   conspiracy claims.

28       23.    Defendants disclaimer of coverage in its September 16, 2019, letter was based in

part on the Policy exclusions related to intentional conduct, However, the Underlying Case encompasses conduct that is not intentional. Allegations in the Complaint for the Underlying Case clearly state that the parties were negotiating a deal for selling the products at issue, that use was with consent and authorization, and that continuing use, if any, was inadvertent and would be removed.

24.     Plaintiffs believe that they have insurance coverage under the Policy based on the broad statements of liability in the Complaint for the Underlying Case that encompass more than copyright, trademark, and patent interests and more than "intentional" conduct. Plaintiffs believe the insurance coverage encompasses damages sought in the Complaint and extends to the causes of action of the Underlying Case alleging rights and interests other than copyrights and trademarks and alleging unintentional conduct.

25.     During the more than half a year since the filing of the Underlying Case, Plaintiffs have been prejudiced by the conduct of Defendants in relation to the Underlying Case. Plaintiffs should not be forced to prosecute this lawsuit to obtain a determination of their insurance benefits. The failure of Defendants to participate in and provide for coverage for the proceedings, including seeking settlement, of the Underlying Case has caused substantial delay and prejudice to Plaintiffs.

26.     Plaintiffs seek remedies in this Action for breach of contract, bad faith, and declaratory relief in amounts exceeding the minimum jurisdictional limit of this Court.

## FIRST CAUSE OF ACTION

### (Breach of Contract Against All Defendants)

27.     Plaintiffs reallege and incorporate by this reference paragraphs 1 through 26 of this Complaint as if fully set forth herein.

28.     Century and Defendants entered a contractual relationship with one another by virtue of the Insurance Policy identified hereinabove and by virtue of each and every contractual obligation imposed on them by the Policy. That Policy extends coverage at Section II.1.d to Smith, who is a shareholder, director, and officer of the insured corporation, Century.

29.     Century has performed each and every obligation, condition, and covenant

1 | required of it under the Policy.

2 |     30.     Based on the terms of the Policy, and the alleged claims of the Complaint and

3 | Cross-Complaint brought against Plaintiffs, Defendants have a duty to defend Plaintiffs and

4 | Plaintiffs are entitled to a defense.

5 |     31.     Plaintiffs made timely demand on Defendants and timely tendered their defense.

6 |     32.     To the extent reasonably possible, Plaintiffs have tried to prevent further damage

7 | to their interests by hiring their own counsel and seeking to defend against the claimant in the

8 | Underlying Case.

9 |     33.     Defendants have breached the contract of insurance as described hereinabove by

10 | failing to undertake their contractual obligation and duty to defend.

11 |     34.     Defendants have further breached the Policy by violating the duties and

12 | obligations incorporated into every insurance contract by operation of California law related to

13 | failure to disclose promptly all potentially applicable insurance coverages as required by

14 | California Fair Claims Settlement Practices Act Regulations 10 C.C. R. § 2695.4(a).

15 |     35.     As a direct and proximate result of Defendants' actions, Plaintiffs have incurred

16 | and continue to incur damages in an amount to be proven at trial and exceeding this Court's

17 | jurisdictional limits, including without limit, increased costs of having to obtain insurance

18 | benefits owed by Defendants, economic costs because of delays in defending the Underlying

19 | Case, and costs to mitigate and minimize damages because of the uncertainty of receiving the

20 | insurance coverage owed.

### SECOND CAUSE OF ACTION

### (Bad Faith Against All Defendants)

23 |     36.     Plaintiffs reallege and incorporate by this reference paragraphs 1 through 35 of

24 | this Complaint as if fully set forth herein.

25 |     37.     Century and Defendants entered into the insurance Policy, the provisions, term,

26 | and coverages for which have been described and set forth hereinabove.

27 |     38.     The Policy was effective for all relevant times alleged in the Complaint.

28 |     39.     The Policy imposes on Defendants an implied, good-faith obligation to Century

to act in good faith and deal fairly in investigating, adjusting, and providing policy benefits, including undertaking the duty to defend when it arises under the terms and conditions of the Policy. The insurance coverage is extended to Smith under Section II.1.d. of the Policy, as a shareholder, director, and officer of Century.

40.     By unreasonably delaying and withholding benefits under the Policy and failing to undertake the duty to defend, Defendants have breached their obligations under the Policy and at law to act in good faith and to deal fairly with Plaintiffs as follows, without limit:

    a.   Refusing to undertake the duty to defend in a timely manner;

    b.   Failing to evaluate objectively the claim presented by Plaintiffs by an appropriate methodology;

    c.   Forcing Plaintiffs to institute this litigation to obtain benefits under the Policy;

    d.   Placing its interests ahead of those of the insureds, Plaintiffs, in an effort to maximize profits, all to the detriment of Plaintiffs;

    e.   Failing to adopt and implement reasonable standards for the prompt investigation, evaluation, and processing of claims asserted by Plaintiffs; and

    f.   Failing to advise Plaintiffs timely of all potentially applicable insurance coverages.

41.     Defendants knew or reasonably should have known that their failure to respond timely and to participate in the Underlying Case by undertaking the duty to defend would be a substantial factor in causing Plaintiffs harm.

42.     Defendants unfair and unreasonable conduct amounts to bad faith and constitutes a continuing tort that has caused and continues to cause damages to Plaintiffs in an amount to be proven at trial and exceeding the jurisdictional limits of this Court.

43.     As a proximate cause and result of Defendants decisions, actions, and omissions in handling Plaintiffs' claim, and its continued failure to respond and take on the duty to defend owed under the Policy, Plaintiffs have been forced to incur and continue to incur attorney's fees and costs to obtain the insurance benefits owed by Defendants under the Policy.

44.     As a proximate cause and result of Defendants decisions, actions, and omissions,

1   Plaintiffs have suffered and will continue to suffer in the future damages including, without

2   limit, attorneys' fees, litigation costs, expert witness costs, judgment and interest, and indemnity

3   amounts, all to be shown at the time of trial.

4       45.     The conduct of Defendants described herein has been undertaken by their

5   respective officers, representatives, or agents responsible for their operation and general

6   management, including without limit, claims supervision and operation, underwriting,

7   communications, and decisions. Said conduct and omissions were made on behalf of each

8   Defendant and with conscious disregard of the rights of Plaintiffs. Each Defendant had advance

9   knowledge of the activities of the individuals whose acts and omissions were ratified,

10   authorized, and/or approved by the managing agents, whose precise identities are unknown to

11   Plaintiffs at this time.

### THIRD CAUSE OF ACTION

### (Unfair Business Practices (B&P § 17200 et seq.) Against All Defendants)

14      46.     Plaintiffs reallege and incorporate paragraphs 1 through 45 above as if fully set

15   forth herein.

16      47.     Defendants' conduct alleged herein amounts to an unlawful, unfair, and/or

17   fraudulent business act or practice under California Business and Professions Code (B&P Code)

18   § 17200, et seq. Plaintiffs are informed and believe, and thereon allege, that Defendants'

19   business practices in marketing and selling insurance and adjusting claims under its insurance

20   policies constitute a violation of the provisions of California Fair Claims Settlement Practices

21   Act and Regulations, Insurance Code § 790.03, and 10 C.C.R. § 2695.1 et seq.

22      48.     Defendants' conduct in handling Plaintiffs' claims and the claims of other

23   persons for insurance benefits made to Defendants by citizens and residents of California was

24   done with a conscious disregard, has caused Plaintiffs and said other persons monetary damage,

25   and constitutes an unfair, unlawful, or fraudulent business practice under California B&P Code

26   § 17200 et seq. Based on information and belief, Defendants continue to engage in such unfair,

27   unlawful, or fraudulent business practices, further harming the taxpayers of the State of

28   California.

49.     On information and belief, and thereon alleged, Defendants have obtained for their own benefits, funds and profits that are the product of the wrongful conduct alleged herein in the nature of premiums collected and adjusting losses incurred but not paid, among other things. Defendants should be directed to disgorge any such gain.

50.     As a result of the conduct of Defendants, Plaintiffs have suffered injury in fact including without limit loss of insurance benefits and loss of money for having to bring this action to enforce its rights under the Policy.

51.     As a direct and proximate cause of Defendants' conduct and omissions, Defendants have been unjustly enriched at an amount to be proven at trial, and Plaintiffs are entitled to restitution in the amount of any such unjust enrichment.

52.     Plaintiffs have no adequate remedy at law for the unfair conduct and omissions of Defendants.

53.     Plaintiffs are entitled to a permanent injunctive relief pursuant to B&P Code § 17203 enjoining Defendants, its officers, representatives, agents, and employees from engaging in any further acts against the interests of Plaintiffs, as alleged above.

## FOURTH CAUSE OF ACTION

### (Declaratory Relief Against All Defendants)

54.     Plaintiffs reallege and incorporate by this reference paragraphs 1 through 53 of this Complaint as if fully set forth herein.

55.     An actual controversy and dispute exist between Plaintiffs and Defendants in that Plaintiffs contend Defendants owe Plaintiffs a duty to defend and payments of insurance benefits in an amount to be determined at trial.

56.     Plaintiffs are informed and believe, and based thereon allege, that all Defendants dispute Plaintiffs' contentions and claim that, despite Plaintiffs' status as insureds under the Policy, despite the facts identified and allegations made herein, and despite established California law, Defendants have no duty to defend or obligation to pay Policy benefits.

57.     By reason of the foregoing, there now exists an actual and justiciable controversy among the parties. This Court is vested with the power to declare an adjudicate the right and

legal relationship of the parties to this action with reference to the issues raised by this Complaint.

58.     Plaintiffs therefore seek a judicial determination and declaration of each party's respective rights and duties arising from each party's obligation to the other, and specifically seeks a series of judicial determinations that Defendants all owe a duty to defend Plaintiffs and are liable to Plaintiffs to the extent of the Policy limits, together with the general and special damages sought in this Complaint.

59.     Plaintiffs have no adequate remedy at law. Declaratory relief in this Court will resolve the dispute and controversies between Plaintiffs and Defendants, and it is necessary and proper at this time so that the parties may understand their respective rights and obligations to one another.

## PRAYER

**WHEREFORE**, Plaintiffs pray for judgment as follows:

### FIRST CAUSE OF ACTION

1. For general and special damages for breach of contract;

2. For incidental damages for breach of contract in an amount to be determined at trial;

3. For costs and prejudgment interest on other damages according to proof; and

4. For such other further relief as the Court deems just and proper.

### SECOND CAUSE OF ACTION

5. For general damages for breach of the implied covenant of good faith and fair dealing in an amount to be determined at trial;

6. For special damages for breach of the implied covenant of good faith and fair dealing in an amount to be determined at trial;

7. For attorneys' fees, costs, prejudgment interest, and other damages according to proof; and

8. For such other further relief as the Court deems just and proper.

### THIRD CAUSE OF ACTION

9. For an order adjudging that Defendants have engaged and continue to engage in

1    unfair, unlawful, or fraudulent business practices under California B&P Code § 17200, et seq.

2        10. For an order enjoining Defendants from continuing to engage in such unfair,

3    unlawful, or fraudulent business practices;

4        11. For restitution arising out of the unjust enrichment of Defendants in an amount to be

5    proven at trial;

6        12. For all attorneys' fees, costs and interest to the extent provided by law; and

7        13. For such other further relief as the Court deems just and proper.

8    **FOURTH CAUSE OF ACTION**

9        14. For a declaration that Defendants have an obligation to defend under the Policy the

10   Underlying Case to the extent the claims therein are brought against Plaintiffs, and each of

11   them;

12       15. For a declaration that Defendants have an obligation to defend other parties in the

13   Underlying Case to the extent Century is under contractual indemnity and the Policy provisions

14   require said defense;

15       16. For a declaration that Plaintiffs have expended amounts attributable to their defense

16   in the Underlying Case and are entitled to recover the amounts of defense fees and costs paid

17   within the insurance coverage.

18       17. For a declaration that Plaintiffs are entitled to recover amounts of judgments and

19   settlements, including interest, within the Policy terms;

20       17. For attorneys' fees, costs, and interest to the extent provided by law; and

21       18. For such other further relief as this Court deems just and proper.

22   **ALL CAUSES OF ACTION**

23       19. For cost of suit here in;

24       20. For prejudgment interest; and

25       21. For such other further relief as this Court deems just and proper.

26   DATED: 02/07/2020

27                          GEURTS LAW FIRM
                            By: _____
28                          Phillip Geurts
                            Attorney for Plaintiffs Century Tree Service, Inc.,
                            dba Century Products and Floyd Thomas Smith

                            COMPLAINT
                            PAGE 14

# EXHIBIT 1

# MESA UNDERWRITERS SPECIALTY
# INSURANCE COMPANY

MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY
P.O. BOX 4030
SCOTTSDALE, ARIZONA 85261-4030

COMMERCIAL INSURANCE POLICY

MUSIC and its General Agent R.E. Chaix and Associates Insurance Brokers, Inc.

are pleased to have issued Policy MP0004008011859 to

CENTURY TREE SERVICE, INC

In witness whereof, Mesa Underwriters Speciality Insurance Company has caused this policy to be signed by its President and countersigned on the Declaration page by a duly Authorized Representative of the Company.

Corporate Secretary

President & CEO

MUSIC

MUS 01 01 10001 0817          Insured Copy

## COMMON POLICY DECLARATIONS

MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY A Stock Company
40 Wantage Avenue, Branchville, NJ 07890

**Policy Number:** MP0004008011859

No Flat Cancellation

**Previous Policy Number:** MP0004008010125

☐ New   ☒ Renewal   ☐ Rewrite

**Policy Period:** From 11/18/2017 To 11/18/2018 at **12:01 A.M.** Standard Time at your mailing address shown below.

**Named Insured:**
CENTURY TREE SERVICE, INC

**DBA:**
CENTURY PRODUCTS

**Mailing Address:**
1144 N. GROVE ST

ANAHEIM          CA 92806

**Agent and Mailing Address:**          **Agent Number:** 04008
R.E. Chaix and Associates Insurance Brokers, Inc.
3200 El Camino Real, Suite 290
Irvine          CA 92602

**Tax State:** CA          **State Control Number (NJ & PA):**

**Surplus Lines Broker Name:**          **Surplus Lines Broker Number:**
R.E. CHAIX & ASSOCIATES          0726213

**Form of Business**
☐ Individual   ☐ Joint Venture   ☐ Partnership   ☐ Limited Liability Company   ☒ Corporation
☐ Organization (other): _____

**Business Description:**
THE INSURED DISTRIBUTES LANDSCAPE PRODUCTS/PLASTIC ROOT BARRIER FOR TREES

**Select Coverage Part (for which insurance is being afforded)**

| Coverage | | Amount |
|---|---|---|
| ☒ **Commercial General Liability** | $ | 1,459.00 |
| ☐ **Liquor Liability** | $ | |
| ☐ **Owners & Contractors Protective** | $ | |
| ☒ **Commercial Property** | $ | 636.00 |
| ☐ **Commercial Inland Marine** | $ | |
| ☐ **Commercial Crime** | $ | |
| ☐ **Farm & Ranch** | $ | |
| ☐ **Garage** | $ | |
| ☐ **Other** (Describe) | $ | |
| ☐ **TRIA** | $ | |

**Policy Taxes and Fees**
POLICY FEE                     $185.00
STAMPING FEE                     $4.56
STATE TAX                       $68.40

**Total Advance Premium** $ 2,095.00

**Total Other Charges** $ 257.96

**Total** $ 2,352.96

Premiums Shown are payable at inception or as indicated on the individual Coverage Declarations.

Form(s) and Endorsement(s), including edition dates, made a part of this policy at the time of issue:   See Schedule of Forms

By: _____
Authorized Agent

11/22/2017
Date

CC      AJ

COMPLAINT PAGE 17

MUS 01 01 10002 1116          Insured Copy

## SCHEDULE OF FORMS AND ENDORSEMENTS

**MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY**

| | |
|---|---|
| Named Insured | CENTURY TREE SERVICE, INC |
| Policy Number | MPG004008011859 |
| Effective Date: | 11/18/2017 |

**Forms Applicable - COMMON POLICY FORMS**

MUS 01 01 10001 0817 POLICY JACKET
MUS 01 01 10002 1116 COMMON POLICY DECLARATION
MUS 01 01 10003 1013 SCHEDULE OF FORMS & ENDORSEMENTS
MUS 01 01 10007 1013 MINIMUM EARNED PREMIUM ENDORSEMENT
MUS 01 01 10043 1013 PRIVACY NOTICE
IL 00 17 11 98      COMMON POLICY CONDITIONS
MUS 01 01 10013 0117 CA Disclosure - Non Admitted Carrier Notice D-2 0117
MUS 01 01 10018 1013 CA SERVICE OF SUIT
ILN 018 09 03      CA FRAUD STATEMENT

**Forms Applicable - GENERAL LIABILITY**

MUS 01 01 20001 0417 GENERAL LIABILITY COVERAGE PART DECLARATIONS
MUS 01 01 20004 0916 LIABILITY DEDUCTIBLE
MUS 01 01 20055 1013 EXCL - ASSAULT OR BATTERY
MUS 01 01 20058 0816 EXCL - LEAD CONTAMINATION
MUS 01 01 20063 0816 EXCL - PUNITIVE DAMAGES
MUS 01 01 20080 0816 EXCL - EARTH MOVEMENT
MUS 01 01 20082 0816 EXCL - ASBESTOS
MUS 01 01 20084 0816 NON-STACKING OF LIMITS ENDORSEMENT
MUS 01 01 20094 1013 AMENDMENT OF CONDITIONS - PREMIUM AUDIT
MUS 01 01 20112 1013 EXCL - OCCUPATIONAL DISEASE
MUS 01 01 20125 0915 EXCL - INJURY TO EMPLOYEES, "TEMPORARY WORKERS" AND CONTRACTORS
MUS 01 01 20139 0617 EXCL - INFRINGEMENT OF INTELLECTUAL PROPERTY
CG 00 01 04 13      COMMERCIAL GENERAL LIABILITY COVG FORM
CG 20 11 04 13      AI - MANAGERS OR LESSORS OF PREMISES
CG 21 47 12 07      EMPLOYMENT-RELATED PRACTICES EXCLUSION
CG 21 55 09 99      EXCL - TOTAL POLLUTION EXCLUSION WITH A HOSTILE FIRE EXCEPTION
CG 21 67 12 04      EXCL - FUNGI OR BACTERIA
CG 21 96 03 05      EXCL - SILICA OR SILICA-RELATED DUST
CG 24 26 04 13      AMENDMENT OF INSURED CONTRACT DEFINITION
IL 00 21 09 08      NUCLEAR ENERGY LIABILITY EXCL ENDT
CG 21 73 01 15      EXCL OF CERTIFIED ACTS OF TERRORISM
MUS 01 01 20083 1013 CA - EXCL - PRE-TENDER LEGAL FEE

**Forms Applicable - COMMERCIAL PROPERTY**

MUS 01 01 30001 0417 PROPERTY COVERAGE PART DECLARATIONS
MUS 01 01 30016 1013 EXCL - ABSOLUTE ASBESTOS
MUS 01 01 30021 1013 LEAD EXCLUSION
MUS 01 01 30022 1013 POLLUTION EXCLUSION
MUS 01 01 30023 1013 SINKHOLE EXCLUSION
MUS 01 01 30024 1013 ACTUAL CASH VALUE
CP 00 10 10 12      BUILDING & PERSONAL PROPERTY COVG FORM
CP 00 30 10 12      BUSINESS INCOME (AND EXTRA EXPENSE) COVG FORM
CP 00 90 07 88      COMMERCIAL PROPERTY CONDITIONS
CP 10 30 10 12      CAUSES OF LOSS - SPECIAL FORM
CP 12 11 10 00      BURGLARY & ROBBERY PROTECTIVE SAFEGUARDS
IL 09 53 01 15      EXCL - CERTIFIED ACTS OF TERRORISM
CP 01 04 10 12      CA CHANGES - FIELD ACT EXCLUSION
IL 01 04 09 07      CA CHANGES

**MUS 01 01 10003 1013**          Insured Copy

**MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY**

Policy Number: **MP0004008011859**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## MINIMUM EARNED PREMIUM ENDORSEMENT

This endorsement modifies insurance provided under the following:

THIS ENDORSEMENT APPLIES TO ALL COVERAGE PARTS

If this insurance is cancelled at your request, there will be a minimum earned premium retained by Mesa Underwriters Specialty Insurance Company of $          or  25  % of the premium for this insurance, whichever is greater.

Cancellation of this insurance for nonpayment of premium is considered a request by the first Named Insured for cancellation of this insurance.

The provisions of this amendment apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the minimum earned premium.

All other terms and conditions of this policy remain unchanged.

MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY

## PRIVACY POLICY
### For
## MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY

Mesa Underwriters Specialty Insurance Company understands the importance placed by our customers on the privacy and safeguarding of their personal information. The Company intends and is obligated to protect all nonpublic personal information provided to the Company by our customers. Whether a consumer is already a policyholder or is applying for insurance or is a claimant, the Company will maintain the confidentiality and security of all individual's personal information as required by law.

In order to meet our customers' insurance needs and to comply with business, regulatory and legal obligations we are required to collect and at times, use personal information. The Company does not disclose personal information about customers, potential or former, for marketing purposes to nonaffiliated third parties. The Company may gather information from a variety of sources including but not limited to the Company's affiliates, consumer reporting agencies such as credit bureaus, property inspection services and other non-affiliated third party organizations. We do not disclose any personal information about our customers, except as follows:

1) with consumer/customer consent,
2) as required by law,
3) as permitted by law
4) as necessary or appropriate to underwrite, administer, service, effect, process or enforce an insurance policy that we have issued ( or are considering issuing), or
5) as necessary to otherwise service a customer's policy or effect a customer

When necessary, the Company may disclose nonpublic personal information to a nonaffiliated organization that is performing services relative to the policy or our operation, we require that such third parties use and disclose the information only as necessary relating to the service or function that they are performing on our behalf. It is important that the Companies' employees be aware of and abides by this Privacy Policy and the applicable laws governing the use, handling and disclosure of nonpublic personal information. Our employees may not access nonpublic personal information maintained by the Company on a general basis. Company employees will have access to personal nonpublic information of applicants, policyholders or claimants if this information relates to their job performance for the Company. The Company will maintain adequate safeguards to protect the confidentially and security of the nonpublic personal information that we obtain. Employees may not disclose or use nonpublic personal information except as authorized by the Company or as permitted or required by law. If an employee fails to comply with these requirements this may lead to appropriate disciplinary action by the Company up to, and including, dismissal.

This Privacy Policy applies to individuals who are applicants, policyholders, or claimants under insurance products or services obtained from the Company primarily for personal, family or household purposes; it does not apply to products or services obtained for business, commercial or agricultural purposes.

The Company will provide notice of its privacy policy to its customers not less than annually, while the policyholder maintains a relationship with us.

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Insured Copy

COMPLAINT PAGE 21

## CALIFORNIA NOTICE:

1. THE INSURANCE POLICY THAT YOU HAVE PURCHASED IS BEING ISSUED BY AN INSURER THAT IS NOT LICENSED BY THE STATE OF CALIFORNIA.  THESE COMPANIES ARE CALLED "NONADMITTED" OR "SURPLUS LINE" INSURERS.

2. THE INSURER IS NOT SUBJECT TO THE FINANCIAL SOLVENCY REGULATION AND ENFORCEMENT THAT APPLY TO CALIFORNIA LICENSED INSURERS.

3. THE INSURER DOES NOT PARTICIPATE IN ANY OF THE INSURANCE GUARANTEE FUNDS CREATED BY CALIFORNIA LAW.  THEREFORE, THESE FUNDS WILL NOT PAY YOUR CLAIMS OR PROTECT YOUR ASSETS IF THE INSURER BECOMES INSOLVENT AND IS UNABLE TO MAKE PAYMENTS AS PROMISED.

4. THE INSURER SHOULD BE LICENSED EITHER AS A FOREIGN INSURER IN ANOTHER STATE IN THE UNITED STATES OR AS A NON-UNITED STATES (ALIEN) INSURER.  YOU SHOULD ASK QUESTIONS OF YOUR INSURANCE AGENT, BROKER, OR "SURPLUS LINE" BROKER OR CONTACT THE CALIFORNIA DEPARTMENT OF INSURANCE AT THE FOLLOWING TOLL-FREE TELEPHONE NUMBER: 1-800-927-4357 OR INTERNET WEB SITE WWW.INSURANCE.CA.GOV.  ASK WHETHER OR NOT THE INSURER IS LICENSED AS A FOREIGN OR NON-UNITED STATES (ALIEN) INSURER AND FOR ADDITIONAL INFORMATION ABOUT THE INSURER.  YOU MAY ALSO CONTACT THE NAIC'S INTERNET WEB SITE AT WWW.NAIC.ORG.

5. FOREIGN INSURERS SHOULD BE LICENSED BY A STATE IN THE UNITED STATES AND YOU MAY CONTACT THAT STATE'S DEPARTMENT OF INSURANCE TO OBTAIN MORE INFORMATION ABOUT THAT INSURER.

6. FOR NON-UNITED STATES (ALIEN) INSURERS, THE INSURER SHOULD BE LICENSED BY A COUNTRY OUTSIDE OF THE UNITED STATES AND SHOULD BE ON THE NAIC'S INTERNATIONAL INSURERS DEPARTMENT (IID) LISTING OF APPROVED NONADMITTED NON-UNITED STATES INSURERS. ASK YOUR AGENT, BROKER, OR "SURPLUS LINE" BROKER TO OBTAIN MORE INFORMATION ABOUT THAT INSURER.

7. CALIFORNIA MAINTAINS A LIST OF APPROVED SURPLUS LINE INSURERS.  ASK YOUR AGENT OR BROKER IF THE INSURER IS ON THAT LIST, OR VIEW THAT LIST AT THE INTERNET WEB SITE OF THE CALIFORNIA DEPARTMENT OF INSURANCE: WWW.INSURANCE.CA.GOV.

8. IF YOU, AS THE APPLICANT, REQUIRED THAT THE INSURANCE POLICY YOU HAVE PURCHASED BE BOUND IMMEDIATELY, EITHER BECAUSE EXISTING COVERAGE WAS GOING TO LAPSE WITHIN TWO BUSINESS DAYS OR BECAUSE YOU WERE REQUIRED TO HAVE COVERAGE WITHIN TWO BUSINESS DAYS, AND YOU DID NOT RECEIVE THIS DISCLOSURE FORM AND A REQUEST FOR YOUR SIGNATURE UNTIL AFTER COVERAGE BECAME EFFECTIVE, YOU HAVE THE RIGHT TO CANCEL THIS POLICY WITHIN FIVE DAYS OF RECEIVING THIS DISCLOSURE.  IF YOU CANCEL COVERAGE, THE PREMIUM WILL BE PRORATED AND ANY BROKER FEE CHARGED FOR THIS INSURANCE WILL BE RETURNED TO YOU.

MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**SERVICE OF SUIT**
**(Method of Suit in the State of CALIFORNIA)**

This endorsement modifies insurance provided under the following:

ALL COVERAGE PARTS

We appoint the Insurance Commissioner of the State of California, or his successor in office, as our true and lawful attorney of Mesa Underwriters Specialty Insurance Company in and for the State of California, upon whom all lawful process may be served in any action, "suit" or proceeding instituted in the State of California by or on behalf of any insured or beneficiary against us, arising out of this insurance policy, provided a copy of any process, "suit", complaint or summons is sent by certified or registered mail to Corporation Service Company, DBA CSC -- Lawyers Incorporating Service, 2730 Gateway Oaks Drive, Suite 100, Sacramento, CA 95833.

Authorized Representative

IL N 018 09 03

# CALIFORNIA FRAUD STATEMENT

For your protection, California law requires that you be made aware of the following: Any person who knowingly presents false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

IL N 018 09 03                    © ISO Properties, Inc., 2003                    Page 1 of 1
Insured Copy

## GENERAL LIABILITY Coverage Part Declarations

**MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY** A Stock Company
40 Wantage Avenue, Branchville, NJ 07890

| | |
|---|---|
| **Policy Number:** | MP0004008011859 |
| **Named Insured:** | CENTURY TREE SERVICE, INC |
| **DBA:** | CENTURY PRODUCTS |
| **Effective Date:** | 11/18/2017 |

### LIMITS OF INSURANCE

| | | |
|---|---|---|
| General Aggregate Limit (Other Than Products / Completed Operations | $ | 2,000,000 |
| Products / Completed Operations Aggregate Limit | $ | 2,000,000 |
| Personal and Advertising Injury Limit | $ | 1,000,000 |
| Each Occurrence Limit | $ | 1,000,000 |
| Damage To Premises Rented to You Limit   (Any 1 Premises) | $ | 100,000 |
| Medical Expense Limit   (Any 1 Person) | $ | 5,000 |

### Location(s) Of All Premises you Own, Rent or Occupy, Classification & Premium Provided

| Code No. | Classification Description | Premium Basis / Exposure* | Rate Premises / Operations | Rate Products / Comp Ops | Advanced Premium Premises / Operations | Advanced Premium Products/ CompOps |
|---|---|---|---|---|---|---|
| Loc. No. | Street Address | Street Address | | City | State | Zip |
| 001) | 1144 N. GROVE | | ANAHEIM | | CA 92806 | |
| 58057 | Plastic or Rubber Goods Mfg. - Household - NOC | s   250,000 | .6900 | 1.8900 | 173 | 473 |
| 59985 | Wood Products Mfg.- NOC | s   250,000 | 1.0700 | 2.1800 | 268 | 545 |

| | | |
|---|---|---|
| ☐ Abuse and Molestation Limited Coverage | ☐ Increased Limits | |
| ☐ Assault and Battery Limited Coverage | ☐ Hired Automobile | |
| ☒ Additional Insured(s)                    INCLUDED | ☐ Non-Owner Automobile | |
| ☐ Employee Benefit Liability Coverage | ☐ Stop Gap | |
| ☐ Other: | | |

*Premium Basis Types: **a - Area** (per 1,000 Square feet of area)  **c - Cost** (per $1,000 Total Cost)    **m - Admissions** (per 1,000 Admissions)
**p - Payroll** (per $1,000 of Payroll)    **s - Sales** (per $1,000 Gross Sales)    **t – Total** (per each)  **u - Units** (per Unit)

| | |
|---|---|
| | **Total Annual Premium:** $   1,459 |
| **Forms/Endorsements Applicable** | See Schedule of Forms and Endorsements |

**This Coverage Part consists of this Declarations Form, the Common Policy Conditions, the Commercial General Liability Conditions, the Coverage Form(s), and the Coverage Endorsement(s) indicated as applicable.**

MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY

Policy Number: MP0004008011859

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIABILITY DEDUCTIBLE
(Including Costs and Expenses)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM
FARM LIABILITY COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM

## SCHEDULE

| Coverage | Amount and Basis of Deductible | | |
|---|---|---|---|
| | PER CLAIM | or | PER OCCURRENCE |
| Bodily Injury Liability | $    250 | | $    N/A |
| Property Damage Liability | $    250 | | $    N/A |

A.   The Company's obligations under the coverage afforded by this policy to pay damages on behalf of the Insured apply only to the amount of damages in excess of the deductible amount stated above.

B.   The deductible amount applies to all damages sustained by one person or organization as the result of any one claim.

C.   The deductible amount stated will also apply towards investigation, adjustment and legal expenses incurred in the handling and investigation of each claim, whether or not payment is made to claimant, compromise settlement is reached or claim is denied.

D.   The terms of the policy, including those with respect to the Company's rights and duties with respect to the defense of suits and the Insured's duties in the event of an occurrence apply irrespective of the application of the deductible amount.

E.   The Company, at its sole election and option, may either:

   1.   Pay any part of or all of the deductible amount to effect settlement of any claim or suit, and upon notification of the action taken, the Named Insured shall promptly reimburse the Company for such part of the deductible amount as has been paid by the Company; or

   2.   Simultaneously upon receipt of notice of any claim or at any time thereafter, call upon the Insured and request said Insured to pay over and deposit with the Company all or part of the deductible amount, to be held and applied by the Company as herein provided.

All other terms and conditions of this policy remain unchanged.

**MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY**

Policy Number: MP0004008011859

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ASSAULT OR BATTERY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

### Assault or Battery Exclusion – Excluded Location Schedule

*If no locations are specified below, the Assault or Battery Exclusion applies to <u>ALL</u> locations*

**Loc. #    Address**

I.    This insurance does not apply to locations specified in the above Schedule for "bodily injury", "property damage", "personal and advertising injury", or medical payments under Coverage C, caused by, arising out of, resulting from, or in any way related to an "assault" or "battery" when that "assault" or "battery" is caused by, arising out of, or results from, in whole or in part from:

A.    The direct or indirect instigation, instruction or direction, by you, your employees, patrons or any other persons, or

B.    The failure to provide a safe environment including but not limited to the failure to provide adequate security, or to warn of the dangers of the environment, or

C.    The negligent employment, investigation, supervision, hiring, training or retention of any person, or

D.    Negligent, reckless, or wanton conduct by you, your employees, patrons or any other persons, or

E.    The use of force, whether excessive or not, to protect persons or property whether or not the "bodily injury", "property damage", or "personal and advertising injury" was intended from the standpoint of the insured or committed by or at the direction of any insured; or

F.    The failure to render or secure medical treatment or care necessitated by any "assault" or "battery".

This exclusion applies to all locations if the above Excluded Location Schedule is left blank. Further, this exclusion also applies to all locations specified in the Limited Assault or Battery Coverage endorsement if also attached to the policy.

II.    For the purpose of this endorsement only, Exclusion **a. Expected Or Intended Injury**, part of **SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, is deleted and replaced by:

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured.

---

**MUS 01 01 20055 1013**            Insured Copy            **Page 1 of 2**

**III.** For the purpose of this endorsement only, the following definitions are added to **SECTION V – DEFINITIONS**

    A. "Assault" means any intentional act, or attempted act or threat to inflict injury to another including any conduct that would reasonably place another in apprehension of injury, including but not limited to physical injury, sexual abuse or harassment, intimidation, verbal abuse, and any threatened harmful or offensive contact between two or more persons.

    B. "Battery" means the intentional or reckless use of force including a physical altercation or dispute between persons, or offensive touching or sexual molestation against another, resulting in injury whether or not the actual injury inflicted is intended or expected. The use of force includes, but is not limited to the use of a weapon.

All other terms and conditions of this policy remain unchanged.

MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LEAD CONTAMINATION EXCLUSION

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE FORM
> COMMERCIAL PROFESSIONAL LIABILITY COVERAGE FORM
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM
> GARAGE COVERAGE FORM
> BUSINESS AUTO COVERAGE FORM

In consideration of the premium charged it is hereby understood and agreed that this policy will not provide coverage, meaning indemnification or defense costs, arising out of:

"Bodily injury", "property damage", "personal injury", "advertising injury", "medical payments", or any other damages because of liability, alleged liability, or occurrence resulting from, caused by, arising out of, or in any way connected with:

The existence of lead, the removal of lead, the testing for lead, or exposure to lead in any form which is or has at any time been present in, on, or near:

1. the insured's premises; or
2. at any location at which the insured is working or has worked in connection with such existence, removal, or testing

Whether or not:

1. caused by, at the instigation of, or with the direct or indirect involvement of the insured, the insured's employees or other persons on the insured's premises or work site; or,
2. whether or not caused by or arising out of the insured's failure to properly supervise or keep the work site in a safe condition.

All other terms and conditions of this policy remain unchanged.

MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY


THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PUNITIVE DAMAGES EXCLUSION

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE FORM
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM
> COMMERCIAL PROFESSIONAL LIABILITY COVERAGE FORM
> GARAGE COVERAGE FORM
> TRUCKERS PHYSICAL DAMAGE COVERAGE FORM
> BUSINESS AUTO COVERAGE FORM


This insurance does not apply to any fines, penalties, punitive damages, exemplary damages, treble damages or the multiplication of compensatory damages.


All other terms and conditions of this policy remain unchanged.


**MUS 01 01 20063 0816**          Insured Copy          **Page 1 of 1**

MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EARTH MOVEMENT EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM
COMMERCIAL PROFESSIONAL LIABILITY COVERAGE FORM
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM
GARAGE COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

In consideration of the premium charged, it is understood and agreed that this policy specifically excludes and does not extend to, or provide coverage or indemnity for, any claim of liability for bodily injury or property damage caused by, resulting from, attributable or contributed to or aggravated by the subsidence of land as a result of landslide, mudflow, earth sinking or shifting, resulting from any operations of the Named Insured or on behalf of any Named Insured or any subcontractor of the Named Insured.

All other terms and conditions of this policy remain unchanged.

**MUS 01 01 20080 0816**              Insured Copy                              **Page 1 of 1**

MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - ASBESTOS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
COMMERCIAL PROFESSIONAL LIABILITY COVERAGE FORM
PRODUCTS/COMPLETED OPERATIONS LIABILIBTY COVERAGE FORM
GARAGE COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

In consideration of the premium charged, it is understood and agreed that this policy will not provide coverage, meaning indemnification or defense costs arising out of:

1. Asbestos or any asbestos related "bodily injury", or "property damage" or
2. Any alleged act, error, omission, or duty involving asbestos, its use, exposure, presence, existence, detection, removal, elimination, transportation, disposal or avoidance or
3. The use, exposure, presence, existence, detection, removal, elimination, or avoidance of asbestos in any environment, building or structure.

All other terms and conditions of this policy remain unchanged.

**MUS 01 01 20082 0816**          Insured Copy                    **Page 1 of 1**

MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## NON-STACKING OF LIMITS ENDORSEMENT
### TWO OR MORE COVERAGE FORMS, COVERAGE
### PARTS, OR POLICIES ISSUED BY US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
COMMERCIAL PROFESSIONAL LIABILITY COVERAGE FORM
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
FARM LIABILITY COVERAGE FORM
PRODUCTS/COMPLETED OPERATIONS LIABILIBTY COVERAGE FORM
GARAGE COVERAGE FORM
TRUCKERS PHYSICAL DAMAGE COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

If any coverage form or coverage part or policy issued to you by us or any company affiliated with us apply to the same claim for damages, the maximum limit of insurance for liability coverage under all of the coverage forms, coverage parts, or policies shall not exceed the highest applicable limit of insurance available under any one coverage form, coverage part or policy.

This endorsement does not apply to any coverage form, coverage part or policy issued by us or an affiliated company specifically to apply as excess insurance over this policy.

All other terms and conditions of this policy remain unchanged.

**MUS 01 01 20084 0816**          Insured Copy          **Page 1 of 1**

MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY

Policy Number: **MP0004008011859**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## AMENDMENT OF CONDITIONS – PREMIUM AUDIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The Premium Audit Condition under **Section IV – Conditions** is **replaced** by the following:

**Premium Audit**

a.   We will compute all premiums for this Coverage Part in accordance with our rules and rates. Premium shown in this Coverage Part as advance premium is a minimum and deposit premium.

The rates for each classification shown in the Declarations are multiplied by the estimated premium bases of that classification for the term to determine the advance premium.

We may conduct an audit of your books to determine the actual premium bases developed during the policy period. To calculate the actual premium developed during the policy period we will use one, or a combination, of the follow premium bases: payroll, admissions, gross sales, total cost, area, each exposure unit, units or total operating expenditures.

b.   **Premium Bases.**
The premium bases are defined in accordance with our rules and the following definitions:

(1)  **Payroll** (premium basis symbol **p**): Remuneration paid to "employees", including but not limited to:

(a)  Money or substitutes for money; commissions; bonuses; overtime; payments to statutory insurance or pension plans; profit sharing or incentive plans; pay for holidays, vacation or sickness; and fees paid to employment agencies for temporary personnel provided to you.

(b)  If your operations consist of a number of separate operations classified individually in the Declarations, the payroll will be allocated to each classification where you have maintained records for each separate operation. Any such operation for which separate records are **not** maintained by you will be assigned to the highest rated classification.

(c)  For premium computation purposes, the payroll of executive officers, individual insureds and co-partners is subject to a minimum annual payroll per person of:

$

(If no entry is made, the minimum payroll as established by our rating rules will apply.)

The rates apply per $1,000 of Payroll.

**(2) Admissions** (premium basis symbol **m**): The total number of persons, other than your "employees", admitted to the insured event or to events conducted on the premises whether on paid admissions, tickets, complimentary tickets or passes.

The rates apply per 1,000 Admissions.

**(3) Gross Sales** (premium basis symbol **s**): The gross amount charged by you, your concessionaries or by others trading under your name for:

(a) All goods or products, sold or distributed;

(b) Operations performed during the policy period; and

(c) Rentals; or

(d) Dues or fees.

The rates apply per $1,000 of Gross Sales.

(4) "**Total Cost**" (premium basis symbol **c**) means the total cost of all work let or sublet in connection with each specific project including:

(a) The cost of all labor, materials and equipment furnished, used or delivered for use in the execution of the work excluding the cost of finished equipment installed whether or not furnished by the contractor, or subcontractor, or by you; and

(b) All fees, bonuses or commissions made, paid or due.

The rates apply per $1,000 of Total Cost.

**(5) Area** (premium basis symbol **a**): The total number of square feet of floor space at the insured premises. The rates apply per 1,000 square feet of Area.

**(6) Each** (premium basis symbol **t**): The basis of premium involves units of exposure, and the quantity comprising each unit of exposure is indicated in the Declarations, such as "per person".

**(7) Units** (premium basis symbol **u**): A single room or group or group of rooms intended for occupancy as separate living quarters by a family, by a group of unrelated persons living together, or by a person living alone. The rates apply per Unit.

**(8) Total Operating Expenditures** (premium basis symbol **o**): Total expenditures (including grants, entitlements and shared revenue) without regard to source of revenue during the policy period including accounts payable.

The rates apply per $1,000 of Total Operating Expenditures.

c. The first Named Insured must keep records of the information we need for premium computation and send us copies at such times as we may request. Failure to supply such records upon request will be deemed a breach of condition and subject this policy, and may subject any in force policy of yours, to cancellation for breach of conditions.

**MUS 01 01 20094 1013**                                                                                    **Page 2 of 3**

d.  We reserve the right to examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

e.  Premium shown in this Coverage Part as advance premium is a minimum and deposit premium. Advance premium includes any payments identified as premium paid prior to policy expiration. At the close of each audit period, we will compute the earned premium for that period. Audit premium is due and payable upon notice to the first Named Insured. Failure to pay the audit premium due will be deemed a breach of contract and subject this policy, and may subject any in force policy of yours, to cancellation for non-payment of premium.

(1)  If the actual earned premium generated as a result of an audit for the policy period is less than the advance premium, such advance premium is the minimum premium for the policy period indicated and is not subject to this adjustment.

(2)  If the actual earned premium generated as a result of an audit for policy period is greater than the advance premium, then a final premium adjustment endorsement will be issued. The additional premium amount shown on the final premium adjustment endorsement is due and payable to us upon notice to the first Named Insured.

f.  Non-cooperation with Audits

If after three documented attempts, we are unable to complete an audit, your policy may be cancelled or non-renewed

All other terms and conditions of this policy remain unchanged.

**MUS 01 01 20094 1013**                                                                    **Page 3 of 3**

MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – OCCUPATIONAL DISEASE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

I.   The following exclusion is added to **2. Exclusions COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, and COVERAGE C MEDICAL PAYMENTS,** part of **SECTION I – COVERAGES:**

This insurance does not apply to "bodily injury", "property damage", "personal and advertising injury" or medical payments arising out of "occupational diseases".

"Occupational diseases" means any injury, including death, sickness, disease or disability, defined as occupational disease under any workers compensation or disability benefits laws, statues or regulations of any jurisdiction in which the "occurrence" took place or the "occupational disease" arose.

All other terms and conditions of this policy remain unchanged.

**MUS 01 01 20112 1013**         Insured Copy         **Page 1 of 1**

MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# Exclusion – Injury to Employees, "Temporary Workers" and Contractors

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

A.  Exclusion **e.** under Paragraph **2. Exclusions** of **SECTION I – COVERAGES – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY** deleted and replaced as follows:

**e.  Employees, "Temporary Workers" and Contractors**

"Bodily injury" to:

(1)  An "employee" arising out of and in the course of:

(a)  Employment by any insured; or

(b)  Performing duties related to the conduct of any insured's business; or

(2)  A "temporary worker" arising out of and in the course of performing duties related to the conduct of any insured's business; or

(3)  A contractor and any persons working for or on its behalf arising out of and in the course of performing work related to the conduct of any insured's business; or

(4)  The spouse, child, parent, brother or sister of such person as a consequence of Paragraphs (1), (2) or (3), above

This exclusion applies whether any insured may be liable as an employer or in any other capacity; and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion applies to liability assumed by any insured under an "insured contract".

B.  Exclusion **a.** under Paragraph **2. Exclusions** of **SECTION I – COVERAGES – COVERAGE C – MEDICAL PAYMENTS** is deleted and replaced as follows:

**a.  Any Insured**

To any Insured.

All other terms and conditions of this policy remain unchanged.

**MUS 01 01 20125 0915**                    Insured Copy                    **Page 1 of 1**

MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – INFRINGEMENT OF INTELLECTUAL PROPERTY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**SECTION I – COVERAGES - COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY 2. - Exclusions i. - Infringement of Copyright, Patent, Trademark or Trade Secret** is replaced with the following:

**i.   Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

**SECTION V – DEFINITIONS – 14.** is replaced with the following:

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.**   False arrest, detention or imprisonment;

**b.**   Malicious prosecution;

**c.**   The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.**   Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

**e.**   Oral or written publication, in any manner, of material that violates a person's right of privacy.

All other terms and conditions of this policy remain unchanged.

**MUS 01 01 20139 0617**      Includes copyrighted material of Insurance Services Office, Inc. with its permission      **Page 1 of 1**

Insured Copy

COMMERCIAL GENERAL LIABILITY
CG 00 01 04 13

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V –Definitions.

## SECTION I – COVERAGES

## COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

© Insurance Services Office, Inc., 2012
Insured Copy

COMPLAINT PAGE 41

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

  **(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

  **(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

  **(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

  **(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. Employer's Liability

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

  **(a)** Employment by the insured; or

  **(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

© Insurance Services Office, Inc., 2012

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**CG 00 01 04 13**     © Insurance Services Office, Inc., 2012     **Page 4 of 16**

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

k. **Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

l. **Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

m. **Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

n. **Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

o. **Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

p. **Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

q. **Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

### 2. Exclusions

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

i. **Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

j. **Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of web sites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

k. **Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

l. **Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

m. **Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

n. **Pollution-related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

o. **War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

p. **Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

© Insurance Services Office, Inc., 2012

**COVERAGE C – MEDICAL PAYMENTS**

**1. Insuring Agreement**

    **a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

        **(1)** On premises you own or rent;

        **(2)** On ways next to premises you own or rent; or

        **(3)** Because of your operations;

        provided that:

            **(a)** The accident takes place in the "coverage territory" and during the policy period;

            **(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

            **(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

    **b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

        **(1)** First aid administered at the time of an accident;

        **(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

        **(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

    **a. Any Insured**

    To any insured, except "volunteer workers".

    **b. Hired Person**

    To a person hired to do work for or on behalf of any insured or a tenant of any insured.

    **c. Injury On Normally Occupied Premises**

    To a person injured on that part of premises you own or rent that the person normally occupies.

    **d. Workers' Compensation And Similar Laws**

    To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

    **e. Athletics Activities**

    To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

    **f. Products-Completed Operations Hazard**

    Included within the "products-completed operations hazard".

    **g. Coverage A Exclusions**

    Excluded under Coverage **A**.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

    **a.** All expenses we incur.

    **b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

    **c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

    **d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

    **e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

    **f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II – WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

  a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

    (1) "Bodily injury" or "personal and advertising injury":

      (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

      (b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1)(a) above;

      (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph (1)(a) or (b) above; or

      (d) Arising out of his or her providing or failing to provide professional health care services.

    (2) "Property damage" to property:

      (a) Owned, occupied or used by; or

      (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

    you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

  b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

  c. Any person or organization having proper temporary custody of your property if you die, but only:

    (1) With respect to liability arising out of the maintenance or use of that property; and

    (2) Until your legal representative has been appointed.

  d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

  a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

  b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

  c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

  a. Insureds;

  b. Claims made or "suits" brought; or

  c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

  a. Medical expenses under Coverage C;

  b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

  c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   **a.** Damages under Coverage **A;** and

   **b.** Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

### 1. Bankruptcy

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

### 2. Duties In The Event Of Occurrence, Offense, Claim Or Suit

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

   **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   **(2)** Authorize us to obtain records and other information;

   **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

### 3. Legal Action Against Us

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

## 4. Other Insurance

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

### a. Primary Insurance

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

### b. Excess Insurance

(1) This insurance is excess over:

  **(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

    **(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

    **(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

    **(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

    **(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

  **(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

(2) When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

  **(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

  **(b)** The total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

### c. Method Of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

## 5. Premium Audit

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

## 6. Representations

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

© Insurance Services Office, Inc., 2012

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

© Insurance Services Office, Inc., 2012

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in Paragraph a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in Paragraph a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.**"Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.**"Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.**"Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.**"Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.**"Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

   **a.** Means:

     **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

       **(a)** You;

       **(b)** Others trading under your name; or

       **(c)** A person or organization whose business or assets you have acquired; and

     **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   **b.** Includes:

     **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

     **(2)** The providing of or failure to provide warnings or instructions.

   **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

   **a.** Means:

     **(1)** Work or operations performed by you or on your behalf; and

     **(2)** Materials, parts or equipment furnished in connection with such work or operations.

   **b.** Includes:

     **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

     **(2)** The providing of or failure to provide warnings or instructions.

POLICY NUMBER: MP0004008011859

**COMMERCIAL GENERAL LIABILITY**
**CG 20 11 04 13**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Designation Of Premises (Part Leased To You):**
1144 N. GROVE ST
ANAHEIM, CA 92806

**Name Of Person(s) Or Organization(s) (Additional Insured):**
INFO TO FOLLOW

**Additional Premium:**   $ INCLUDED

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule and subject to the following additional exclusions:

This insurance does not apply to:

**1.** Any "occurrence" which takes place after you cease to be a tenant in that premises.

**2.** Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) shown in the Schedule.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 20 11 04 13

© Insurance Services Office, Inc., 2012
Insured Copy

**Page 1 of 1**

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

CG 21 47 12 07

© ISO Properties, Inc., 2006

**Page 1 of 1**

Insured Copy

**COMMERCIAL GENERAL LIABILITY**
**CG 21 55 09 99**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION
# WITH A HOSTILE FIRE EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

This exclusion does not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire" unless that "hostile fire" occurred or originated:

**(a)** At any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste; or

**(b)** At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

Copyright, Insurance Services Office, Inc., 1998

Insured Copy

COMPLAINT PAGE 59

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

© ISO Properties, Inc., 2003

Insured Copy

**Page 1 of 1**

COMMERCIAL GENERAL LIABILITY
CG 21 96 03 05

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

---

**CG 21 96 03 05**　　　　　© ISO Properties, Inc., 2004　　　　　**Page 1 of 1**

Insured Copy

COMMERCIAL GENERAL LIABILITY
CG 24 26 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the **Definitions** section is replaced by the following:

"Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

  **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

  **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

IL 00 21 09 08

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.
# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

© ISO Properties, Inc., 2007

Insured Copy

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2007

COMPLAINT PAGE 64

COMMERCIAL GENERAL LIABILITY
CG 21 73 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism".

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

**2.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

Insured Copy

MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## PRE-TENDER LEGAL FEE EXCLUSION - CALIFORNIA

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
COMMERCIAL PROFESSIONAL LIABILITY COVERAGE FORM

As a condition of the issuance of this insurance that we will not reimburse you, pay on your behalf, or honor your assumption of debt in relation to any matter otherwise covered by this insurance, for legal expenses, legal fees or legal costs you incur, or obligations you assume in connection therewith, unless we have written notice of the matter and we have given our specific written consent.

All other terms and conditions of this policy remain unchanged.

**MUS 01 01 20083 1013**                    Insured Copy                    **Page 1 of 1**

## Commercial Property Coverage Part Declarations

MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY A Stock Company
40 Wantage Avenue, Branchville, NJ 07890

| | |
|---|---|
| **Policy Number:** | MP0004008011859 |
| **Named Insured:** | CENTURY TREE SERVICE, INC |
| **DBA:** | CENTURY PRODUCTS |
| **Effective Date:** | 11/18/2017 |

Loc.# 001

| Bldg.# | Street Address | Street Address | City | State | Zip |
|---|---|---|---|---|---|
| 001 1144 N. GROVE | | | ANAHEIM | CA | 92806 |

Class Code: 0702   Plastic or Rubber Goods Mfg. - household - NOC

Year Built: 1990   # of Stories: 2   Square Footage: 2,500   Construction: CONCRETE TILT

Occupancy:                                          Prot.Class: 2

| Coverage | Limit of Insurance | Covered Cause of Loss | Valuation | Monthly Indem./Co-Ins. | Rates | Premium |
|---|---|---|---|---|---|---|
| Business Personal Property | $100,000 Special | | RCV | 90% | 0.34 | $340 |
| Business Income w/EE | $80,000 Special | | RCV | 90% | 0.37 | $296 |

☐ Property Extension Endorsement                ☐ Identity Theft Recovery Coverage Endorsement
☐ Equipment Breakdown                              ☐ Other:

Business Income w/EE (w/EE = with Extra Expense)                                    **TOTAL:**        $636

**OPTIONAL COVERAGES:** applicable only when one of the following abbreviations are shown next to premises insured

ACV= Actual Cash Value, AGREED = Agreed Amount, FRC = Functional Replacement Cost Special, RC = Replacement Cost Value

**DEDUCTIBLE: $** 1,000 **Other:**                                                      $

**MORTGAGE HOLDERS:**
Loc#

| Bldg# | NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|

**SPECIFIC PROPERTY FORMS/ENDORSEMENTS:** Per Form Schedule MUS 01 01 10003 1013

This page alone does not provide coverage and must be attached to a Commercial Lines Common Policy Declarations, Common Policy
Conditions, Coverage part, Coverage Form(s) and any other applicable forms and endorsements.

COMPLAINT PAGE 67

MUS 01 01 30001 0417                    Insured Copy

MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – ABSOLUTE ASBESTOS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
        CAUSES OF LOSS – BASIC
        CAUSES OF LOSS – BROAD
        CAUSES OF LOSS – SPECIAL
BUSINESS INCOME COVERAGE FORM (AND EXTRA EXPENSE)
EXTRA EXPENSE COVERAGE FORM
LEASEHOLD INTEREST COVERAGE FORM

The following is added to the EXCLUSIONS section and is therefore not a Covered Cause of Loss:

## ASBESTOS

We will not pay for loss or damage caused directly or indirectly by existence of or actual, alleged or threatened, discharge, dispersal, seepage, migration, release or escape of any asbestos, or any event that contributes concurrently or in any sequence to the loss or damage.

All other terms and conditions of this policy remain unchanged.

**MUS 01 01 30016 1013**          Insured Copy          **Page 1 of 1**

MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LEAD EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE FORM

I.   The following is added to paragraph **2.** part of **B. Exclusions**

We will not pay for direct physical loss or damage to covered property, or any consequential loss or damage, caused by, resulting from, attributable or contributed to, or aggravated by the manufacture, sale, lease, distribution, storage, handling, installation, repair, removal, testing inspection, disposal or other use of, exposure to, or contact with any goods, products, materials, plant life, or structures containing lead in any form.

Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

All other terms and conditions of this policy remain unchanged.

MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# POLLUTION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE FORM

I.   In the Causes Of Loss – Special Form, the following replaces subparagraph **I.**, part of Paragraph **2.** of **B. Exclusions,** and in the Causes Of Loss – Basic Form, Standard Property Policy, and Broad Form, the following is added to Paragraph **2.** of **B. Exclusions**

We will not pay for direct physical loss or damage to covered property, or any consequential loss or damage, caused by the release or discharge or dispersal of toxic or hazardous substances, contaminants or pollutants. Nor will we cover the cost of removal, disposal, decontamination or replacement of insured property that has been contaminated by toxic or hazardous substance, contaminants or pollutants, or by any law or civil authority requiring any property to be restored, disposed or decontaminated.

Such loss is excluded regardless of any cause or event that contributes concurrently or in any sequence to the loss.

All other terms and conditions of this policy remain unchanged.

**MUS 01 01 30022 1013**                    Insured Copy                    **Page 1 of 1**

MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## SINKHOLE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE FORM

I.  Sinkhole collapse is added to the **Exclusions** section and is therefore not a Covered Cause of Loss.   The following Cause of Loss provisions are amended.

    **A.**  In the Causes Of Loss – Basic Form and in the Standard Property Policy, Sinkhole Collapse is deleted from the Covered Causes of Loss and sinkhole collapse is no longer an exception to the Earth Movement Exclusion.

    **B.**  In the Causes Of Loss – Broad Form, Sinkhole Collapse is deleted from the Covered Causes of Loss and from the Additional Coverage – Collapse; and sinkhole collapse is no longer an exception to the Earth Movement Exclusion.

    **C.**  In the Causes Of Loss – Special Form, Sinkhole Collapse is deleted from the "specified causes of loss" and is no longer an exception to the Earth Movement Exclusion.

All other terms and conditions of this policy remain unchanged.

**MUS 01 01 30023 1013**              Insured Copy                    **Page 1 of 1**

MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ACTUAL CASH VALUE

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE FORM

Paragraph **7. Valuation**, part of **E. LOSS CONDITIONS** is deleted in its entirety and replaced by the following:

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

    **a.** At "actual cash value" as of the time of loss or damage, except as provided in b., c., and d. below.

    **b.** "Stock" you have sold but not delivered at "actual cash value" less discounts and expenses you otherwise would have had.

    **c.** Glass at the cost of "actual cash value" with safety-glazing material if required by law.

    **d.** Tenants' Improvements and Betterments at:

        **(1)** "Actual cash value" of the lost or damaged property if you make repairs promptly.

        **(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

            **(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

            **(b)** Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

        **(3)** Nothing if others pay for repairs or replacement.

The following is added to **H. Definitions**

ACTUAL CASH VALUE

"Actual cash value" means the amount it would cost to repair or replace Covered Property at the time of loss or damage, with material of like kind and quality, subject to a deduction for deterioration, depreciation and obsolescence. "Actual cash value" applies to valuation of Covered Property regardless of whether the property has sustained partial or total loss or damage. The actual cash value of lost or damaged property may be significantly less than its replacement cost.

All other terms and conditions of this policy remain unchanged.

**MUS 01 01 30024 1013**                    Insured Copy                    **Page 1 of 1**

COMMERCIAL PROPERTY
CP 00 10 10 12

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.**, and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

### c. Personal Property Of Others that is:

**(1)** In your care, custody or control; and

**(2)** Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

CP 00 10 10 12

© Insurance Services Office, Inc., 2011

Page 1 of 16

Insured Copy

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

**(1)** The lowest basement floor; or

**(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.,** does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

**(1)** Are licensed for use on public roads; or

**(2)** Are operated principally away from the described premises.

This paragraph does not apply to:

**(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

© Insurance Services Office, Inc., 2011

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** Rowboats or canoes out of water at the described premises; or

**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(2)**, **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

**(b)** Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

**(c)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

**(d)** Remove property of others of a type that would not be Covered Property under this Coverage Form;

**(e)** Remove deposits of mud or earth from the grounds of the described premises;

**(f)** Extract "pollutants" from land or water; or

**(g)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

**(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** applies, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**Example 1**

| | |
|---|---|
| Limit of Insurance | $90,000 |
| Amount of Deductible | $    500 |
| Amount of Loss | $50,000 |
| Amount of Loss Payable | $49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense | $10,000 |
| Debris Removal Expense Payable | $10,000 |
| ($10,000 is 20% of $50,000) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example 2**

| | |
|---|---|
| Limit of Insurance | $90,000 |
| Amount of Deductible | $    500 |
| Amount of Loss | $80,000 |
| Amount of Loss Payable | $79,500 |
| | ($80,000 - $500) |
| Debris Removal Expense | $40,000 |
| Debris Removal Expense Payable | |
| Basic Amount | $10,500 |
| Additional Amount | $25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4)**. Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

(1) This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

(2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

(3) The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay for:

(a) The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

(b) Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

(6) The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

(7) With respect to this Additional Coverage:

(a) We will not pay for the Increased Cost of Construction:

(i) Until the property is actually repaired or replaced at the same or another premises; and

(ii) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

COMPLAINT PAGE 78

(4) The most we will pay under this Additional Coverage, Electronic Data, is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

© Insurance Services Office, Inc., 2011

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(3)** If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

COMPLAINT PAGE 80

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**f. Non-owned Detached Trailers**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

    (a) The trailer is used in your business;

    (b) The trailer is in your care, custody or control at the premises described in the Declarations; and

    (c) You have a contractual responsibility to pay for loss or damage to the trailer.

(2) We will not pay for any loss or damage that occurs:

    (a) While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

    (b) During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

(3) The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

(4) This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g. Business Personal Property Temporarily In Portable Storage Units**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the building or structure described in the Declarations or within 100 feet of the premises described in the Declarations, whichever distance is greater.

(2) If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

(3) Coverage under this Extension:

    (a) Will end 90 days after the business personal property has been placed in the storage unit;

    (b) Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

(4) Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

(5) This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example 1**

| | |
|---|---|
| Deductible | $    250 |
| Limit of Insurance – Building 1 | $60,000 |
| Limit of Insurance – Building 2 | $80,000 |
| Loss to Building 1 | $60,100 |
| Loss to  Building 2 | $90,000 |

(This example assumes there is no Coinsurance penalty.)

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

$60,100

-     250

$59,850 Loss Payable – Building 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

**Example 2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

| | |
|---|---|
| Loss to Building 1: | $70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building 2: | $90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable – Building 1: | $60,000 |
| (Limit of Insurance) | |
| Loss Payable – Building 2: | $80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

(2) Give us prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

h. A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

### 5. Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

### 6. Vacancy

#### a. Description Of Terms

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

    (a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

(b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

    (i) Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

    (ii) Used by the building owner to conduct customary operations.

(2) Buildings under construction or renovation are not considered vacant.

#### b. Vacancy Provisions

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

    (a) Vandalism;

    (b) Sprinkler leakage, unless you have protected the system against freezing;

    (c) Building glass breakage;

    (d) Water damage;

    (e) Theft; or

    (f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

### 7. Valuation

We will determine the value of Covered Property in the event of loss or damage as follows:

a. At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

b. If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value, even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

c. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

d. Glass at the cost of replacement with safety-glazing material if required by law.

e. Tenants' Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

## F. Additional Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

### 1. Coinsurance

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in Step (1);

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step (2); and

(4) Subtract the deductible from the figure determined in Step (3).

We will pay the amount determined in Step (4) or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

### Example 1 (Underinsurance)

| When | The value of the property is | $250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: 80% | |
| | The Limit of Insurance for it is: | $100,000 |
| | The Deductible is: | $    250 |
| | The amount of loss is: | $ 40,000 |

Step (1): $250,000 x 80% = $200,000
(the minimum amount of insurance to meet your Coinsurance requirements)
Step (2): $100,000 , $200,000 = .50
Step (3): $40,000 x .50 = $20,000
Step (4): $20,000 − $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

### Example 2 (Adequate Insurance)

| When | The value of the property is | $250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: 80% | |
| | The Limit of Insurance for it is: | $200,000 |
| | The Deductible is: | $    250 |
| | The amount of loss is: | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate, and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example 3**

| When | The value of the property is | |
|---|---|---|
| | Building at Location 1: | $ 75,000 |
| | Building at Location 2: | $100,000 |
| | Personal Property | |
| | at Location 2: | $ 75,000 |
| | | $250,000 |
| | | |
| | The Coinsurance percentage | |
| | for it is: | 90% |
| | The Limit of Insurance for | |
| | Buildings and Personal Property | |
| | at Locations 1 and 2 is: | $180,000 |
| | The Deductible is: | $ 1,000 |
| | The amount of loss is: | |
| | Building at Location 2: | $ 30,000 |
| | Personal Property | |
| | at Location 2: | $ 20,000 |
| | | $ 50,000 |

Step **(1):** $250,000 x 90% = $225,000
(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2):** $180,000 ÷ $225,000 = .80

Step **(3):** $50,000 x .80 = $40,000

Step **(4):** $40,000 – $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

COMPLAINT PAGE 86

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

(1) On or after the effective date of this Optional Coverage; and

(2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

**a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

(1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example**

If:  The applicable Limit of Insurance is:   $100,000
     The annual percentage increase is:          8%
     The number of days since the
     beginning of the policy year
     (or last policy change) is:                 146
     The amount of increase is:
     $100,000 x .08 x 146 , 365 =             $3,200

**3. Replacement Cost**

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

**b.** This Optional Coverage does not apply to:

(1) Personal property of others;

(2) Contents of a residence;

(3) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

(4) "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

(1) Until the lost or damaged property is actually repaired or replaced; and

(2) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

(3) If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

(4) We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1), (2)** or **(3)**, subject to **f.** below:

(1) The Limit of Insurance applicable to the lost or damaged property;

(2) The cost to replace the lost or damaged property with other property:

(a) Of comparable material and quality; and

(b) Used for the same purpose; or

(3) The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**CP 00 10 10 12**          © Insurance Services Office, Inc., 2011          **Page 15 of 16**

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

COMPLAINT PAGE 88

**COMMERCIAL PROPERTY**
CP 00 30 10 12

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Coverage

### 1. Business Income

Business Income means the:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit Of Insurance is shown in the Declarations:

**(1)** Business Income Including "Rental Value".

**(2)** Business Income Other Than "Rental Value".

**(3)** "Rental Value".

If option **(1)** above is selected, the term Business Income will include "Rental Value". If option **(3)** above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit Of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises means:

**(a)** The portion of the building which you rent, lease or occupy;

**(b)** The area within 100 feet of the building or within 100 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(c)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

### 2. Extra Expense

**a.** Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

**b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

**(1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

© Insurance Services Office, Inc., 2011

Insured Copy

**(2)** Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

**3. Covered Causes Of Loss, Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Limitation – Interruption Of Computer Operations**

**a.** Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

**b.** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

**c.** Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**d.** This Additional Limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**5. Additional Coverages**

**a. Civil Authority**

In this Additional Coverage, Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

**(1)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

**(2)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

**(1)** Four consecutive weeks after the date of that action; or

**(2)** When your Civil Authority Coverage for Business Income ends;

whichever is later.

 © Insurance Services Office, Inc., 2011

**b. Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

**(1)** New buildings or structures, whether complete or under construction;

**(2)** Alterations or additions to existing buildings or structures; and

**(3)** Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

**(a)** Used in the construction, alterations or additions; or

**(b)** Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**c. Extended Business Income**

**(1) Business Income Other Than "Rental Value"**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(1)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(2) "Rental Value"**

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

**(a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d. Interruption Of Computer Operations**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Additional Limitation — Interruption Of Computer Operations.

---

**CP 00 30 10 12**                    © Insurance Services Office, Inc., 2011                    **Page 3 of 9**

(2) Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss. However, we will not provide coverage under this Additional Coverage when the Additional Limitation – Interruption Of Computer Operations does not apply based on Paragraph **A.4.d.** therein.

(3) With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

(a) If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

(b) If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, includes Collapse as set forth in that form.

(c) If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Interruption Of Computer Operations.

(d) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

(4) The most we will pay under this Additional Coverage, Interruption Of Computer Operations, is $2,500 (unless a higher limit is shown in the Declarations) for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

(5) This Additional Coverage, Interruption Of Computer Operations, does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in (4) above has not been exhausted.

6. **Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**Newly Acquired Locations**

a. You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

b. The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location, unless a higher limit is shown in the Declarations.

c. Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

(1) This policy expires;

(2) 30 days expire after you acquire or begin to construct the property; or

(3) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

The Additional Condition, Coinsurance, does not apply to this Extension.

## B. Limits Of Insurance

The most we will pay for loss in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

Payments under the following coverages will not increase the applicable Limit of Insurance:

1. Alterations And New Buildings;

2. Civil Authority;

3. Extra Expense; or

4. Extended Business Income.

The amounts of insurance stated in the Interruption Of Computer Operations Additional Coverage and the Newly Acquired Locations Coverage Extension apply in accordance with the terms of those coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage.

## C. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

### 1. Appraisal

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### 2. Duties In The Event Of Loss

a. You must see that the following are done in the event of loss:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the direct physical loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(6) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(7) Cooperate with us in the investigation or settlement of the claim.

(8) If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

3. **Loss Determination**

   a. The amount of Business Income loss will be determined based on:

      (1) The Net Income of the business before the direct physical loss or damage occurred;

      (2) The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

      (3) The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

      (4) Other relevant sources of information, including:

         (a) Your financial records and accounting procedures;

         (b) Bills, invoices and other vouchers; and

         (c) Deeds, liens or contracts.

   b. The amount of Extra Expense will be determined based on:

      (1) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

         (a) The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

         (b) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

      (2) Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

   c. **Resumption Of Operations**

      We will reduce the amount of your:

      (1) Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

      (2) Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

   d. If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

4. **Loss Payment**

   We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

   a. We have reached agreement with you on the amount of loss; or

   b. An appraisal award has been made.

**D. Additional Condition**

**COINSURANCE**

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

1. The Coinsurance percentage shown for Business Income in the Declarations; times

2. The sum of:

   a. The Net Income (Net Profit or Loss before income taxes), and

   b. Operating expenses, including payroll expenses,

   that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

Instead, we will determine the most we will pay using

We will pay the amount determined in Step **(3)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

**(1)** Prepaid freight – outgoing;

**(2)** Returns and allowances;

**(3)** Discounts;

**(4)** Bad debts;

**(5)** Collection expenses;

**(6)** Cost of raw stock and factory supplies consumed (including transportation charges);

**(7)** Cost of merchandise sold (including transportation charges);

**(8)** Cost of other supplies consumed (including transportation charges);

**(9)** Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

**(10)** Power, heat and refrigeration expenses that do not continue under contract (if Form **CP 15 11** is attached);

**(11)** All payroll expenses or the amount of payroll expense excluded (if Form **CP 15 10** is attached); and

**(12)** Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion – not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

the following steps:

**Example 1 (Underinsurance)**

| When | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described | |
|---|---|---|
| | premises would have been: | $400,000 |
| | The Coinsurance percentage is: | 50% |
| | The Limit of Insurance is: | $150,000 |
| | The amount of loss is: | $ 80,000 |

Step **(1)**: $400,000 x 50% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2)**: $150,000 , $200,000 = .75

Step **(3)**: $80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

**Example 2 (Adequate Insurance)**

| When | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described | |
|---|---|---|
| | premises would have been: | $400,000 |
| | The Coinsurance percentage is: | 50% |
| | The Limit of Insurance is: | $200,000 |
| | The amount of loss is: | $ 80,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense Coverage.

**E. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Maximum Period Of Indemnity**

**a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

**b.** The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

**(1)** The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

**(2)** The Limit Of Insurance shown in the Declarations.

**2. Monthly Limit Of Indemnity**

**a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

**b.** The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

**(1)** The Limit of Insurance, multiplied by

**(2)** The fraction shown in the Declarations for this Optional Coverage.

**Example**

| When | The Limit of Insurance is<br>The fraction shown in the<br>Declarations for this Optional<br>Coverage is: | $120,000<br><br><br>1/4 |
|---|---|---|

The most we will pay for loss in each period of 30 consecutive days is:   $ 30,000
($120,000 x 1/4 = $30,000)
If, in this example, the actual amount of loss is:

| Days 1–30: | $ 40,000 |
|---|---|
| Days 31–60: | $ 20,000 |
| Days 61–90: | $ 30,000 |
| | $ 90,000 |

We will pay:

| Days 1–30: | $ 30,000 |
|---|---|
| Days 31–60: | $ 20,000 |
| Days 61–90: | $ 30,000 |
| | $ 80,000 |

The remaining $10,000 is not covered.

**3. Business Income Agreed Value**

**a.** To activate this Optional Coverage:

**(1)** A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

**(a)** During the 12 months prior to the date of the Work Sheet; and

**(b)** Estimated for the 12 months immediately following the inception of this Optional Coverage.

**(2)** The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

**(a)** The Coinsurance percentage shown in the Declarations; multiplied by

**(b)** The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

**b.** The Additional Condition, Coinsurance, is suspended until:

**(1)** 12 months after the effective date of this Optional Coverage; or

**(2)** The expiration date of this policy;

whichever occurs first.

**c.** We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

**(1)** Within 12 months of the effective date of this Optional Coverage; or

**(2)** When you request a change in your Business Income Limit of Insurance.

**d.** If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

**(1)** The Business Income Limit of Insurance; divided by

**(2)** The Agreed Value.

**Example**

| When | The Limit of Insurance is:<br>The Agreed Value is:<br>The amount of loss is: | $100,000<br>$200,000<br>$80,000 |
|---|---|---|

Step **(1):**  $100,000 , $200,000 = .50
Step **(2):**  50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

**4. Extended Period Of Indemnity**

Under Paragraph **A.5.c., Extended Business Income,** the number 60 in Subparagraphs **(1)(b)** and **(2)(b)** is replaced by the number shown in the Declarations for this Optional Coverage.

**F. Definitions**

1. "Finished stock" means stock you have manufactured.

   "Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

   "Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

2. "Operations" means:

   a. Your business activities occurring at the described premises; and

   b. The tenantability of the described premises, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

3. "Period of restoration" means the period of time that:

   a. Begins:

      (1) 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

      (2) Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

      caused by or resulting from any Covered Cause of Loss at the described premises; and

   b. Ends on the earlier of:

      (1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

      (2) The date when business is resumed at a new permanent location.

   "Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

      (1) Regulates the construction, use or repair, or requires the tearing down, of any property; or

      (2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

   The expiration date of this policy will not cut short the "period of restoration".

4. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

5. "Rental Value" means Business Income that consists of:

   a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

   b. Continuing normal operating expenses incurred in connection with that premises, including:

      (1) Payroll; and

      (2) The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

6. "Suspension" means:

   a. The slowdown or cessation of your business activities; or

   b. That a part or all of the described premises is rendered untenantable, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

© Insurance Services Office, Inc., 2011

COMMERCIAL PROPERTY

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this Coverage Part; and

**2.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

**1.** We cover loss or damage commencing:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

**2.** The coverage territory is:

**a.** the United States of America (including its territories and possessions);

**b.** Puerto Rico; and

**c.** Canada.

---

**CP 00 90 07 88**     Copyright, ISO Commercial Risk Services, Inc., 1983, 1987     **Page 1 of 2**

Insured Copy

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance;

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you; or

   c. Your tenant.

This will not restrict your insurance.

COMMERCIAL PROPERTY
CP 10 30 10 12

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.** Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

## B. Exclusions

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **a. Ordinance Or Law**

   The enforcement of or compliance with any ordinance or law:

   (1) Regulating the construction, use or repair of any property; or

   (2) Requiring the tearing down of any property, including the cost of removing its debris.

   This exclusion, Ordinance Or Law, applies whether the loss results from:

   (a) An ordinance or law that is enforced even if the property has not been damaged; or

   (b) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   **b. Earth Movement**

   (1) Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

   (2) Landslide, including any earth sinking, rising or shifting related to such event;

   (3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   (4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   (5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

   Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   (a) Airborne volcanic blast or airborne shock waves;

   (b) Ash, dust or particulate matter; or

   (c) Lava flow.

   With respect to coverage for Volcanic Action as set forth in **(5)(a)**, **(5)(b)** and **(5)(c)**, all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

   Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

   This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused.

© Insurance Services Office, Inc., 2011

Insured Copy

COMPLAINT PAGE 100

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)**, **(3)** or **(4)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **(1)** through **(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

(1) When "fungus", wet or dry rot or bacteria result from fire or lightning; or

(2) To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

(1) Electrical or electronic wire, device, appliance, system or network; or

(2) Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

(a) Electrical current, including arcing;

(b) Electrical charge produced or conducted by a magnetic or electromagnetic field;

(c) Pulse of electromagnetic energy; or

(d) Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

b. Delay, loss of use or loss of market.

c. Smoke, vapor or gas from agricultural smudging or industrial operations.

d.(1) Wear and tear;

(2) Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking or expansion;

(5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

(7) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature; or

(c) Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

e. Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

f. Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

g. Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

COMPLAINT PAGE 102

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

**(1)** Applies whether or not an act occurs during your normal hours of operation;

**(2)** Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.,** does not apply:

**(a)** Io the extent that coverage is provided under the Additional Coverage, Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of a any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.**, Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.** Ordinance Or Law;

**(b)** Paragraph **B.1.c.** Governmental Action;

**(c)** Paragraph **B.1.d.** Nuclear Hazard;

**(d)** Paragraph **B.1.e.** Utility Services; and

**(e)** Paragraph **B.1.f.** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

© Insurance Services Office, Inc., 2011

**5. Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   **a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   **b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   **c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

   **(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

   **(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**d.** Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

   **(1)** Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

   **(2)** Business Income Coverage or Extra Expense Coverage.

**e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

**f.** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**g.** Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

   **(1)** Dampness or dryness of atmosphere or of soil supporting the vegetation;

   **(2)** Changes in or extremes of temperature;

   **(3)** Disease;

   **(4)** Frost or hail; or

   **(5)** Rain, snow, ice or sleet.

**2.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   **a.** Animals, and then only if they are killed or their destruction is made necessary.

   **b.** Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

   **(1)** Glass; or

   **(2)** Containers of property held for sale.

   **c.** Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

   **(1)** If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

   **(2)** To Business Income Coverage or to Extra Expense Coverage.

© Insurance Services Office, Inc., 2011

3. The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are (unless a higher limit is shown in the Declarations):

   **a.** $2,500 for furs, fur garments and garments trimmed with fur.

   **b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

   **c.** $2,500 for patterns, dies, molds and forms.

   **d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

   These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

   This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

   **a.** Results in discharge of any substance from an automatic fire protection system; or

   **b.** Is directly caused by freezing.

   However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage – Collapse**

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

1. For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

2. We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

   **a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

   **b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

   **c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

   **d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

      **(1)** A cause of loss listed in **2.a.** or **2.b.;**

      **(2)** One or more of the "specified causes of loss";

      **(3)** Breakage of building glass;

      **(4)** Weight of people or personal property; or

      **(5)** Weight of rain that collects on a roof.

3. This **Additional Coverage – Collapse** does **not** apply to:

   **a.** A building or any part of a building that is in danger of falling down or caving in;

   **b.** A part of a building that is standing, even if it has separated from another part of the building; or

   **c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

4. With respect to the following property:

   **a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

**b.** Awnings, gutters and downspouts;

**c.** Yard fixtures;

**d.** Outdoor swimming pools;

**e.** Fences;

**f.** Piers, wharves and docks;

**g.** Beach or diving platforms or appurtenances;

**h.** Retaining walls; and

**i.** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.**, we will pay for loss or damage to that property only if:

**(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

**(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.;**

**b.** The personal property which collapses is inside a building; and

**c.** The property which collapses is not of a kind listed in **4.,** regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**6.** This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**7.** This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

**8.** The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **D.1.** through **D.7.**

**E. Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

**1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

**a.** A "specified cause of loss" other than fire or lightning; or

**b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**2.** We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

**a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

**b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

**c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

**4.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**5.** The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

**6.** The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Form:

**a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

**b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F. Additional Coverage Extensions**

**1. Property In Transit**

This Extension applies only to your personal property to which this form applies.

**a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

**b.** Loss or damage must be caused by or result from one of the following causes of loss:

**(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

**(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

**(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

**c.** The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

**2. Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

**3. Glass**

**a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

© Insurance Services Office, Inc., 2011

COMPLAINT PAGE 108

**b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension **F.3.** does not increase the Limit of Insurance.

## G. Definitions

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss or damage to:

**(1)** Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means:

**(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; and

**(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

POLICY NUMBER: MP0004008011859

**COMMERCIAL PROPERTY**
**CP 12 11 10 00**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BURGLARY AND ROBBERY PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**SCHEDULE***

| Premises No. | Building No. | Protective Safeguards Symbols Applicable |
|:---:|:---:|:---:|
| 1 | 1 | BR - 4 |

**Describe any "BR-4":**
ACTIVATED & OPERATIONAL CENTRAL STATION BURGLAR ALARM WITH INTERIOR MOTION DETECTORS. ALARM MUST BE IN THE 'ON' POSITION DURING ALL NON-WORKING HOURS. AND/OR WHENEVER THE INSURED'S PREMISES ARE UNOCCUPIED.

*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**A.** The following is added to the **Commercial Property** Conditions:

**BURGLARY AND ROBBERY PROTECTIVE SAFEGUARDS**

**1.** As a condition of this insurance, you are required to maintain the protective devices and/or services listed in the Schedule above.

**2.** The protective safeguard(s) to which this endorsement applies are identified by the following symbols:

**a.** "BR-1" Automatic Burglary Alarm, protecting the entire building, that signals to:

**(1)** An outside central station; or

**(2)** A police station.

**b.** "BR-2" Automatic Burglary Alarm, protecting the entire building, that has a loud sounding gong or siren on the outside of the building.

**c.** "BR-3" Security Service, with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**d.** "BR-4" The protective safeguard described in the Schedule.

**B.** The following is added to the **Exclusions** section of the Causes Of Loss – Special Form:

**BURGLARY AND ROBBERY PROTECTIVE SAFEGUARDS**

We will not pay for loss or damage caused by or resulting from theft if, prior to the theft, you:

**1.** Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

**2.** Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

Copyright, Insurance Services Office, Inc., 1999
Insured Copy

POLICY NUMBER: MP0004008011859                                    IL 09 53 01 15

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

## SCHEDULE

The **Exception Covering Certain Fire Losses** (Paragraph **C**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
| CA | COMMERCIAL PROPERTY COVERAGE |
|  |  |
|  |  |
|  |  |
|  |  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The following exclusion is added:

**CERTIFIED ACT OF TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**C. Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph **B.** applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

IL 09 53 01 15                 © Insurance Services Office, Inc., 2015                 **Page 1 of 2**

Insured Copy

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

## D. Application Of Other Exclusions

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

COMPLAINT PAGE 112

**COMMERCIAL PROPERTY**
**CP 01 04 10 12**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CALIFORNIA CHANGES –
# "FIELD ACT" EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

The following exclusion is added:

We will not pay for loss or damage caused by enforcement of "The Field Act." "The Field Act," which deals with earthquake safety standards, means:

**A.** The provisions of Article 4, Chapter 2, Division 11, Part 3, of the Educational Code of the State of California, including amendments.

**B.** All rules and regulations for the administration or enforcement of the Act, including but not limited to Sections 101 to 1206 inclusive of Title 21 of the California Administrative Code as it is now or as it may be reorganized.

IL 01 04 09 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART – FARM PROPERTY – OTHER FARM PROVISIONS FORM – ADDITIONAL COVERAGES, CONDITIONS, DEFINITIONS
FARM COVERAGE PART – LIVESTOCK COVERAGE FORM
FARM COVERAGE PART – MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following with respect to loss ("loss") or damage caused by fire:

We do not provide coverage to the insured ("insured") who, whether before or after a loss ("loss"), has committed fraud or intentionally concealed or misrepresented any material fact or circumstance concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** That insured's ("insured's") interest in the Covered Property; or

**4.** A claim under this Coverage Part or Coverage Form.

**C.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following with respect to loss ("loss") or damage caused by a Covered Cause of Loss other than fire:

This Coverage Part is void if any insured ("insured"), whether before or after a loss ("loss"), has committed fraud or intentionally concealed or misrepresented any material fact or circumstance concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** An insured's ("insured's") interest in the Covered Property; or

**4.** A claim under this Coverage Part or Coverage Form.

**D.** Except as provided in **E.,** the **Appraisal** Condition is replaced by the following:

If we and you disagree on the value of the property or the amount of loss ("loss"), either may make written request for an appraisal of the loss ("loss"). If the request is accepted, each party will select a competent and impartial appraiser. Each party shall notify the other of the appraiser selected within 20 days of the request. The two appraisers will select an umpire. If they cannot agree within 15 days, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss ("loss"). If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**1.** Pay its chosen appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**E.** The Appraisal Condition in:

**1.** Business Income (And Extra Expense) Coverage Form **CP 00 30;** and

**2.** Business Income (Without Extra Expense) Coverage Form **CP 00 32;**

IL 01 04 09 07

© ISO Properties, Inc., 2006
Insured Copy

Page 1 of 2

is replaced by the following:

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written request for an appraisal of the loss. If the request is accepted, each party will select a competent and impartial appraiser. Each party shall notify the other of the appraiser selected within 20 days of the request. The two appraisers will select an umpire. If they cannot agree within 15 days, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**ACORD®**

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
11/13/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: DANETTE DIDIER DEMONT | | |
|---|---|---|---|
| ALLIANCE BUSINESS & COMMERCIAL | PHONE (A/C, No, Ext): 714-832-8192 | | FAX (A/C, No): 714-832-1763 |
| 163 YORBA STREET | E-MAIL ADDRESS: ABCINS@PACBELL.NET | | |
| TUSTIN, CA 92780 | | | |
| LICENSE # 0I78912 | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A: MESA UNDERWRITERS SPEC INS | | |
| INSURED | INSURER B: UNITED FINANCIAL CASUALTY CO. | | 11770 |
| CENTURY TREE SERVICE, INC | INSURER C: NATIONAL UNION FIRE INS CO | | |
| DBA:CENTURY PRODUCTS | INSURER D: | | |
| 1144 N. GROVE ST | INSURER E: | | |
| ANAHEIM, CA. 92806 | INSURER F: | | |

## COVERAGES

CERTIFICATE NUMBER:

REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | X | X | MP0004008013408 | 11/18/2018 | 11/18/2019 | EACH OCCURRENCE | $ 1,000,000 |
| | ☐ CLAIMS-MADE X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | X POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | ☐ OTHER: | | | | | | | $ |
| B | AUTOMOBILE LIABILITY | | | 07565482-0 | 4/24/2018 | 4/24/2019 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY X SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | X HIRED AUTOS ONLY X NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| C | X UMBRELLA LIAB X OCCUR | | X | EBU020707823 | 11/18/2018 | 11/18/2019 | EACH OCCURRENCE | $ 8,000,000 |
| | X EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ 8,000,000 |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N | | | | | | ☐ PER STATUTE ☐ OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N/A | | | | | E.L. EACH ACCIDENT | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | BUSINESS PER PROPERTY LOSS OF INCOME | | | MP0004008013408 | 11/18/2018 | 11/18/2019 | 100,000 SPECIAL FORM 1,000 DED 100,000 LOSS OF INCOME | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

THE FOLLOWING ARE NAMED AS ADDITIONAL INSUREDS ONLY AS TO RESPECTS TO THE INSUREDS ( ON GOING ) OPERATIONS
HOME DEPOT PRODUCT AUTHORITY, LLC., ITS PARENT, AFFILIATES AND SUBSIDIARIES
PROJECT: ALL THOSE USUAL TO THE INSURED
10 DAY NOTICE OF CANCELLATION FOR NON-PAYMENT OF PREMIUM 30 DAY NOTICE OTHER THAN NON-PAYMENT OF PREMIUM

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| HOME DEPOT PRODUCT AUTHORITY , LLC ITS PARENT, AFFILIATES AND SUBSIDIARIES ATTN: SUPPLIER INSURANCE P.O. BOX 12010 HD HEMET, CA 92546-8010 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE *STEVEN DEMONT* |

ACORD 25 (2016/03)

© 1988-2015 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

# EXHIBIT 2

S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
JACOB M. CLARK (CA Bar No. 266630)
jclark@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Anderson J. Duff (*pro hac vice* to be filed)
Anderson@revisionlegal.com
Revision Legal, PLLC
244 Fifth Avenue Suite 2230
New York, New York 10001
(Tel) (212) 996.4103
(Fax)(212) 996.5863

Attorneys for Plaintiff
WATER FOR LIVING, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATER FOR LIVING, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>GFORCE CORPORATION d/b/a DFX SPORTS & FITNESS LLC, a Nevada corporation; CENTURY TREE SERVICE, INC., a California corporation; and TOM SMITH, an individual in California,<br><br>Defendants. | CASE NO.:<br><br>**COMPLAINT FOR:**<br><br>**(1) COPYRIGHT INFRINGEMENT**<br>**(2) FALSE ADVERTISING**<br>**(3) UNFAIR BUSINESS PRACTICES (Cal. Bus. & Prof. Code § 17200)**<br>**(4) UNFAIR COMPETITION (15 U.S.C. § 1125)**<br>**(5) TRADEMARK INFRINGEMENT (15 U.S.C. § 1114)**<br>**(6) TRADEMARK INFRINGEMENT (15 U.S.C. § 1125(a))**<br>**(7) TRADEMARK DILUTION (Cal. Bus. & Prof. Code § 14247(a))**<br>**(8) CIVIL CONSPIRACY**<br><br>**DEMAND FOR JURY** |

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

1

**COMPLAINT**

4806352.1 -- N1702.3

Plaintiff Water for Living, LLC ("Plaintiff" or "Water"), on information and belief, alleges as follows:

**PARTIES**

1. Plaintiff is a limited liability company organized under the laws of the state of Delaware with its principal place of business at 705 E. Harrison St., Ste. 1, Corona, California 92879.

2. Plaintiff manufactures and sells goods in the health and wellness space with a focus on consumable goods containing cannabidiol ("CBD") isolate.

3. Plaintiff is informed, and believes, and thereon alleges that Defendant Gforce Corporation ("Gforce") is a corporation organized under the laws of the state of Nevada doing business as DFX Sports & Fitness LLC with offices at 1144 N. Grove St., Anaheim, California 92806.

4. Plaintiff is informed, and believes, and thereon alleges that Defendant Tom Smith ("Smith") is an individual residing in California with offices at 1144 N. Grove St., Anaheim, California 92806.

5. Plaintiff is informed, and believes, and thereon alleges that Defendant Century Tree Service, Inc. ("Century") is a corporation organized under the laws of the state of California with offices at 1144 N. Grove St., Anaheim, California 92806.

6. Plaintiff is informed, and believes, and thereon alleges that Gforce, Smith, Century, or some combination thereof own and operate the website at *www.crbtools.com*.

7. Plaintiff is informed, and believes, and thereon alleges that Smith is a managing member and director of Gforce and Century.

8. Hereinafter, Gforce, Century, and Smith are referred to collectively as "Defendants."

9. At all times relevant, each of the Defendants named in this complaint was the agent, employee and/or representative of each other, and in doing the actions herein set forth, did so with the knowledge and consent of each of the other

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

1  Defendants.

2  **JURISDICTION AND VENUE**

3      10.    This is a civil action arising from Defendants': willful and intentional

4  copying of Plaintiff's copyrighted works; false advertising that willfully misled

5  consumers into fraudulent transactions that damaged Plaintiff's reputation; willful

6  infringement of Plaintiff's trademarks; and unfair business practices used to compete

7  with Plaintiff in the marketplace.

8      11.    Plaintiff's causes of action arise under the Copyright Act, 17 U.S.C. §

9  101, *et seq.*, Lanham Act, 15 U.S.C. § 1051, *et seq.*, California common law, and Cal.

10  Bus. & Prof. Code § 17200.

11      12.    This Court has original subject matter jurisdiction over Plaintiff's federal

12  claims pursuant to 28 U.S.C. §§ 1331, 1338(a) and (b), and 1367; and 15 U.S.C. §§

13  1116 and 1121.

14      13.    This Court has pendant, ancillary, and/or supplemental jurisdiction over

15  Plaintiff's claims arising under state law pursuant to 28 U.S.C. § 1367 because such

16  claims are so closely related that they form part of the same case or controversy.

17      14.    Plaintiff sells its health and wellness products within this judicial district.

18      15.    Defendants and each of them offer health and wellness goods and

19  services within this judicial district.

20      16.    Plaintiff's causes of action arise out of Defendants' activities

21  purposefully aimed at this judicial district, and Defendants' acts and the resulting

22  consequences have a substantial connection to this judicial district such that the

23  exercise of jurisdiction is reasonable. The exercise of jurisdiction over Defendants

24  does not offend traditional notions of fair play and substantial justice.

25      17.    This Court has personal jurisdiction over Defendants in that they transact

26  business in California and within this judicial district.

27      18.    Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 in

28  that Defendants are entities or individuals subject to personal jurisdiction in this

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

Case 8:15-cv-01575   Document 1   Filed 08/15/19   Page 4 of 32   Page ID #:4

1  judicial district.

## GENERAL ALLEGATIONS

3  Plaintiff's Business:

4      19.    Plaintiff is an industry leader in the field of cannabidiol ("CBD") extracts

5  and related goods that operates throughout the United States with its headquarters in

6  California.

7      20.    Plaintiff's health and wellness products meant for human consumption or

8  topical are created using CBD that is 99.5 percent pure CBD derived from the hemp

9  plant. Plaintiff's CBD has no psychoactive effects but interacts with a consumer's

10  endo-cannabinoid system to provide health and wellness.

11      21.    Plaintiff's health and wellness goods are created using proprietary

12  formulations and are not available from any other source.

13      22.    Consumers use Plaintiff's high-quality CBD goods to treat a variety of

14  symptoms.

15      23.    Plaintiff operates an interactive website at *cbdliving.com* that features

16  numerous original photographs of Plaintiff's products and other original creative

17  works ("Plaintiff's Website").

18      24.    Plaintiff created Plaintiff's Website in 2018.

19      25.    Plaintiff owns federal copyright Registration No. TXu 2-143-107 for the

20  text, photographs, and the selection and arrangement of the elements appearing on

21  Plaintiff's Website.

22      26.    Plaintiff owns federal copyright Registration No. VAu 1-356-891 for two

23  hundred eighty-six (286) photographs that appear on Plaintiff's Website.

24      27.    Plaintiff's above-mentioned federal copyright registrations are referred to

25  collectively as "Plaintiff's Copyright Registrations." True and correct copies of the

26  certificates of registration issued by the Copyright Office are attached hereto as

27  **Exhibit A**.

28      28.    Plaintiff owns federal trademark application Serial No. 88/271,195 for

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

1 CBD LIVING & Design for a variety of health and wellness products and has used
2 CBD LIVING & Design continuously and substantially exclusively since at least as
3 early as November 15, 2015.

4     29.    Plaintiff owns federal trademark application Serial No. 88/383,269 for
5 LIVING & Design for a variety of health and wellness products and has used LIVING
6 & Design continuously and substantially exclusively since at least as early as March
7 25, 2018.

8     30.    Plaintiff owns federal trademark Registration No. 5,473,522 for LIVING
9 & Design for athletic apparel and has used LIVING & Design for such goods
10 continuously and substantially exclusively since at least as early as April 18, 2017.

11     31.    Plaintiff has used CBD LIVING as a trademark for a variety of health
12 and wellness goods and services continuously and substantially exclusively since at
13 least as early as November 15, 2015.

14     32.    Plaintiff has used CBDLIVING.COM as a trademark for a variety of
15 goods and services continuously and substantially exclusively since at least as early as
16 March 25, 2018.

17     33.    The trademarks referenced above are referred to herein collectively as
18 "Plaintiff's Trademarks."

19     34.    Plaintiff has used each of Plaintiff's Trademarks throughout the United
20 States and has spent a significant amount of time and energy developing the goodwill
21 associated with each trademark.

22     35.    Plaintiff owns common law rights to each of Plaintiff's Trademarks
23 throughout the United States.

24     36.    In December 2018, Plaintiff considered entering into a non-exclusive
25 distribution agreement with Smith's adult children operating as Pure Body Logix that
26 would have allowed Smith's children to sell Plaintiff's goods to their then current
27 retail and wholesale customers.

28     37.    Plaintiff and Smith's children were unable to reach an agreement.

Defendants' Unlawful Actions:

38.     On or about May 1, 2018, Plaintiff discovered that Smith had registered the domain *nautralcbdliving.com*.

39.     Upon information and belief, Plaintiff alleges that Defendants worked together to create the website appearing at *naturalcbdliving.com*.

40.     The email address listed as the "registrant email" for *naturalcbdliving.com* is lisa@crbtools.com.

41.     At least as early as April 3, 2019 and as of the filing date of this Complaint, *naturalcbdliving.com/landing* featured a page showing a photograph of several of Plaintiff's products.

42.     At least as early as April 3, 2019 and as of the filing date of this Complaint, *naturalcbdliving.com/living* featured an interactive e-commerce webpage using Plaintiff's copyrighted photographs and layout to offer Plaintiff's health and wellness products for sale to consumers at retail. A true and correct copy of a portion of this interactive e-commerce website is attached hereto as **Exhibit B**.

43.     The "About Us" section of the website appearing at *naturalcbdliving.com* contains images and text copied directly from Plaintiff's Website, including text that states "[f]irst established in 2013 and headquartered in Corona, California, CBD Living has a global reach . . ." and "CBD Living offers a vast array of products to meet different preferences and lifestyles." The "About Us" section described above prominently displays the following logo: The footer of the "About Us" section described above contains a copyright notice reading "©2018 Natural CBD Living." A true and correct copy of the "About Us" webpage as it appeared on May 24, 2019 is attached hereto as **Exhibit C**.

44.     On April 3, 2019, a representative for Plaintiff placed an order for one of Plaintiff's goods using Defendants' interactive e-commerce website at *naturalcbdliving.com/living* and was charged twelve dollars and ninety-nine cents ($12.99). The merchant name listed with the representative's bank records for this

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

charge was "Century Products." Such goods were never received.

45.     On March 29, 2019, Plaintiff's counsel mailed a letter to "DFX Sports and Fitness LLC, 1144 N. Grove Street, Anaheim, California 92806," notifying Defendant Gforce of Plaintiff's rights and the infringing works appearing at *naturalcbdliving.com.*

46.     Counsel for Gforce responded with an April 12, 2019 letter stating that "[t]o test market value and prepare for promotion of [Plaintiff's] products, an advertising display was created for the DFX product website . . . ." Counsel for Gforce and Pure Body incorrectly asserted that the advertising displays on the website were created with Plaintiff's consent and stated that the website had yielded no sales. This letter stated that "[t]he promotions will be removed within 10 days of the date of this letter." The letter also stated that Smith owns *naturalcbdliving.com*, and they did not represent Smith.

47.     On April 16, 2019, Plaintiff's counsel sent a letter to "Tom Smith, 1144 N. Grove Street, Anaheim, California 92806, info@mydfxpro.com" informing Smith of Plaintiff's rights and the Defendants' infringing activity. This letter also notified Defendants of at least one test purchase from *naturalcbdliving.com* and requested a refund.

48.     On May 7, 2019, a representative for Plaintiff placed an order for Plaintiff's "Living Sour Gummies" using Defendants' interactive e-commerce website at *naturalcbdliving.com/living* and was charged forty dollars ($47) including a payment for shipping. Plaintiff's representative received email receipts for this transaction from "Century Products - <diana@crbtools.com>" and sales@naturalcbdliving.com. Such goods were never received.

49.     On May 10, 2019, Plaintiff's counsel sent a second letter to counsel for Gforce informing them of test purchases from the infringing website at *naturalcbdliving.com.* No response was received.

50.     Additional test purchases of Plaintiff's goods from Defendants' website

1    at *naturalcbdliving.com* resulted in charges with no products received.

2        51.    At least as early as April 1, 2019 and as of the filing date of this

3    Complaint, Gforce's website at *mydfxpro.com/new-products* featured Plaintiff's

4    copyrighted photographs of Plaintiff's health and wellness goods in connection with

5    NATURAL CBD LIVING and a button to click for purchase with a disclaimer stating

6    "Clicking this button will open the Natural CBD Site." A true and correct copy of this

7    webpage is attached hereto as **Exhibit D**.

8        52.    Upon information and belief, Defendants willfully and intentionally

9    worked together to create a functional copy of Plaintiff's Website at

10   *naturalcbdliving.com* offering Plaintiff's goods for sale knowing that Defendants

11   would never deliver any products ordered through the infringing website.

12       53.    Defendants' copying of Plaintiff's Website and several photographs

13   appearing there constitutes willful copyright infringement.

14       54.    Defendants' use of NATURAL CBD LIVING and

15   NATURALCBDLIVING & Design in connection with Defendants' infringing copy

16   of Plaintiff's Website creates a significant likelihood that consumers will mistakenly

17   believe that Defendants are affiliated with Plaintiff or are authorized distributors of

18   Plaintiff's product when they are not.

19       55.    Upon information and belief, Defendants intentionally selected and

20   began using NATURAL CBD LIVING and variations thereon to freeride on the

21   goodwill associated with Plaintiff's Trademarks.

22       56.    Defendants' aforementioned conduct infringes upon Plaintiff's

23   Trademarks and constitutes trademark infringement and counterfeiting under the

24   Lanham Act.

25       57.    As a direct result of Defendants' aforementioned acts, Plaintiff suffered

26   monetary loss and disruption to its business as well as irreparable harm to its

27   reputation.

28       58.    As of the filing date of this Complaint, Defendants continue to willfully

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

1   infringe upon Plaintiff's rights and, upon information and belief, continue to accept

2   money for goods they know they will not deliver.

### FIRST CAUSE OF ACTION

### (Copyright Infringement

### Against All Defendants)

6       59.    Plaintiff re-pleads, re-alleges and incorporates herein by this reference

7   each and every allegation contained in paragraphs 1 through 58, inclusive as though

8   fully set forth herein.

9       60.    Plaintiff owns federal copyright Registration No. TXu 2-143-107 for the

10  content and layout of Plaintiff's Website.

11      61.    Plaintiff owns federal copyright Registration No. VAu 1-356-891 for two

12  hundred eighty-six (286) photographs, many of which feature Plaintiff's goods.

13      62.    Defendants intentionally copied Plaintiff's website and used Plaintiff's

14  photographs to create a functional e-commerce website at *naturalcbdliving.com* that is

15  a copy of Plaintiff's Website.

16      63.    The website appearing at *naturalcbdliving.com* copies the layout,

17  arrangement of facts, selection of facts, and overall creative expression of Plaintiff's

18  Website.

19      64.    Defendants intentionally used Plaintiff's copyrighted photographs in

20  marketing materials that directed consumers to the infringing copy of Plaintiff's

21  Website at *naturalcbdliving.com*.

22      65.    Despite ample notice of Defendants' infringing activity, Defendants

23  continue to willfully infringe upon Plaintiff's copyrights.

24      66.    Defendants' actions constitute copyright infringement pursuant to 17

25  U.S.C. § 501.

26      67.    Defendants' infringement of Plaintiff's copyrights was committed

27  willfully.

28      68.    Plaintiff is entitled to actual damages and Defendants' profits, or

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

9

**COMPLAINT**

1  statutory damages pursuant to 17 U.S.C. § 504, whichever is greater.

2      69.    Plaintiff is entitled to a separate award of damages for each of the

3  photographs listed in federal copyright Registration No. VAu 1-356-891 that

4  Defendants copied and used.

5      70.    Plaintiff is entitled to its costs and attorney fees pursuant to 17 U.S.C. §

6  505.

7  **SECOND CAUSE OF ACTION**

8  **(False Advertising -15 U.S.C. § 1125**

9  **against All Defendants)**

10      71.    Plaintiff re-pleads, re-alleges and incorporates herein by this reference

11  each and every allegation contained in paragraphs 1 through 70, inclusive as though

12  fully set forth herein.

13      72.    Defendants interactive e-commerce website at *naturalcbdliving.com* and

14  marketing materials directed consumers to that infringing website offer Plaintiff's

15  products for sale and accept consumers' money.

16      73.    Defendants accept money from consumers but do not ship any products

17  ordered through *naturalcbdliving.com.*

18      74.    Several statements included on Defendants' infringing website are

19  expressly false because they describe Plaintiff's trademark and not any of the

20  Defendants.

21      75.    Defendants' false statements of fact were used in commercial

22  advertisements and deceived or were likely to deceive consumers in a material way as

23  to the affiliation, connection or association of Defendants with Plaintiff and/or as to

24  the origin, sponsorship or approval of Defendants' goods or services or commercial

25  activities.

26      76.    Defendants' false statements of fact were used in interstate commerce

27  and through an online interactive website aimed at consumers throughout the United

28  States.

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

10
**COMPLAINT**

77.    Defendants' false statements of fact caused or are likely to cause Plaintiff competitive or commercial injury.

78.    Defendants are liable for false advertising under the Lanham Act.

79.    Defendants' aforementioned false statements were made willfully and in bad faith.

80.    Defendants are liable for up to three times Plaintiff's damages, Defendants' profits, and the costs of this action pursuant to 15 U.S.C. § 1117(a).

## THIRD CAUSE OF ACTION

### (Unfair Business Practices - Cal. Bus. & Prof. Code § 17200

### Against All Defendants)

81.    Plaintiff re-pleads, re-alleges and incorporates herein by this reference each and every allegation contained in paragraphs 1 through 80, inclusive as though fully set forth herein.

82.    Defendants' conduct as alleged herein constitutes unlawful, unfair, or fraudulent business acts or practices in violation of California Business and Professions Code § 17200 *et seq.*

83.    Defendants' wrongful conduct, as alleged above, has permitted and will permit them to make substantial sales and profits on the strength of Plaintiff's nationwide marketing, advertising, sales and consumer recognition. As a direct and proximate result of Defendants' wrongful conduct, as alleged herein, Plaintiff has been and will be deprived of substantial sales of its products in an amount as yet unknown but to be determined at trial, and has been and will be deprived of the value of its trademarks as commercial assets, in an amount as yet unknown but to be determined at trial. Plaintiff seeks restitution in this matter, including an order granting Defendants' profits stemming from their infringing activity, and Plaintiff's actual out of pocket loss from loss of sales and its products due to Defendants' wrongful conduct.

84.    Plaintiff has no adequate remedy at law for Defendants' continuing

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

1     violation of its rights set forth above. Plaintiff seeks injunctive relief, including but not

2     limited to preliminary relief.

3        85.     Plaintiff further requests a court order that an asset freeze or constructive

4     trust be imposed over all monies in Defendants' possession that rightfully belong to

5     Plaintiff.

6                    **FOURTH CAUSE OF ACTION**

7            **(Federal Unfair Competition – 15 U.S.C. § 1125(a)**

8                    **Against All Defendants)**

9        86.     Plaintiff re-pleads, re-alleges and incorporates herein by this reference

10     each and every allegation contained in paragraphs 1 through 85, inclusive as though

11     fully set forth herein.

12        87.     Defendants willfully used Plaintiff's trademarks on the website appearing

13     at *naturalcbdliving.com* and in other marketing materials to falsely create an

14     association between Defendants and Plaintiff, and Defendants' use of Plaintiffs

15     Trademarks as described above is intended to, and is likely to, cause consumer

16     confusion.

17        88.     By misappropriating Plaintiff's copyrighted website, photographs, and

18     Plaintiff's Trademarks, Defendants intentionally attempted to freeride on the goodwill

19     associated with Plaintiff's Trademarks.

20        89.     Plaintiff will have no adequate remedy at law and will continue to suffer

21     irreparable harm to its reputation if Defendants' activities are not enjoined.

22        90.     As a direct result of Defendants' unlawful activities described above,

23     Plaintiff has suffered monetary damage in an amount to be determined at trial.

24                    **FIFTH CAUSE OF ACTION**

25           **(Trademark Infringement – 15 U.S.C. § 1114**

26                    **against All Defendants)**

27        91.     Plaintiff re-pleads, re-alleges and incorporates herein by this reference

28     each and every allegation contained in paragraphs 1 through 90, inclusive as though

1    fully set forth herein.

2        92.    Plaintiff owns all rights, title, and interest in and to Plaintiff's Marks.

3        93.    Defendants have, without Plaintiff's permission, used each of Plaintiff's

4    Trademarks in interstate commerce in a manner that is likely to cause confusion or

5    mistake or deceive purchasers and/or cause consumers to mistakenly believe that there

6    is an affiliation, connection, approval, sponsorship, or association between Plaintiff

7    and/or its goods, services, and commercial activities, on the one hand, and Defendants

8    and/or Defendants' respective goods, services, or commercial activities, on the other.

9        94.    Defendants' aforementioned actions constitute counterfeiting of

10   Plaintiff's Trademarks that are federally registered under 15 U.S.C. § 1114.

11       95.    As a direct and proximate result of the Defendants' wrongful acts,

12   Plaintiff has suffered and continues to suffer and/or is likely to suffer damage to its

13   trademarks, business reputation, and goodwill.

14       96.    Unless restrained, Defendants will continue to use Plaintiff's Marks, or

15   marks confusingly similar thereto, and will continue causing Plaintiff irreparable

16   injury.

17       97.    Plaintiff has no adequate remedy at law and is entitled to an injunction

18   restraining Defendants, their respective officers, agents, and employees, and all

19   persons acting in concert with Defendants, from engaging in further acts of

20   infringement.

21       98.    Plaintiff is entitled to recover actual damages that it has sustained and/or

22   is likely to sustain as a result of Defendants' wrongful act.

23       99.    Plaintiff is entitled to recover any gains, profits, and advantages that

24   Defendants have obtained as a result of their wrongful acts.

25       100.   Because Defendants' wrongful acts were willful, Plaintiff is entitled to an

26   award of exemplary damages at common law as well as treble damages, costs, and

27   reasonable attorneys' fees under 15 U.S.C. § 1117.

28       101.   At any time before final judgment is rendered by the Court, Plaintiff is

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

13

**COMPLAINT**

1  entitled to elect to recover, instead of actual damages and profits, an award of

2  statutory damages of up to two million dollars ($2,000,000) per mark per type of

3  goods or services sold, offered for sale, or distributed.

### SIXTH CAUSE OF ACTION

### (Federal Common Law Trademark Infringement – 15 U.S.C. § 1125(a)

### Against All Defendants)

7  102.   Plaintiff re-pleads, re-alleges and incorporates herein by this reference

8  each and every allegation contained in paragraphs 1 through 101, inclusive as though

9  fully set forth herein.

10  103.   Defendants' unlawful use of Plaintiff's Marks constitutes trademark

11  infringement under 15 U.S.C. § 1125(a).

12  104.   Defendants' use of NATURALCBDLIVING and any variation thereof in

13  connection with health and wellness goods and services constitutes trademark

14  infringement under 15 U.S.C. § 1125(a).

15  105.   Defendants' use of NATURALCBDLIVING and variations thereof in

16  connection with the website appearing at *naturalcbdliving.com/living*, which

17  Defendants created as a copy of Plaintiff's Website, significantly increased the risk of

18  consumer confusion and requires Defendants to select a new mark that is wholly

19  dissimilar to any of Plaintiff's Marks.

20  106.   As a direct and proximate result of the Defendants' wrongful acts,

21  Plaintiff has suffered and continues to suffer and/or is likely to suffer damage to its

22  trademarks, business reputation, and goodwill.

23  107.   Unless restrained, Defendants will continue to use Plaintiff's Marks, or

24  marks confusingly similar thereto, and will continue causing Plaintiff irreparable

25  injury.

26  108.   Plaintiff has no adequate remedy at law and is entitled to an injunction

27  restraining Defendants, their respective officers, agents, and employees, and all

28  persons acting in concert with Defendants, from engaging in further acts of

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

1  infringement.

2     109.  Plaintiff is entitled to recover actual damages that it has sustained and/or

3  is likely to sustain as a result of Defendants' wrongful act.

4     110.  Plaintiff is entitled to recover any gains, profits, and advantages that

5  Defendants have obtained as a result of their wrongful acts.

6     111.  Because Defendants' wrongful acts were willful, Plaintiff is entitled to an

7  award of exemplary damages at common law as well as treble damages, costs, and

8  reasonable attorneys' fees under 15 U.S.C. § 1117.

9                    **SEVENTH CAUSE OF ACTION**

10  **(California Trademark Dilution – Cal. Bus. & Prof. Code § 14247(a) Against All**

11                              **Defendants)**

12     112.  Plaintiff re-pleads, re-alleges and incorporates herein by this reference

13  each and every allegation contained in paragraphs 1 through 111, inclusive as though

14  fully set forth herein.

15     113.  Each of Plaintiff's Trademarks is widely recognized by the general

16  consuming public in California as a designation of source for Plaintiff's goods and

17  services.

18     114.  Each of Plaintiff's Trademarks is famous and distinct in, at least, Orange

19  County, Riverside County, and Los Angeles County, all in California.

20     115.  Each of Plaintiff's Trademarks were famous and distinct in, at least,

21  Orange County, Riverside County, and Los Angeles County, all in California, prior to

22  the date on which Defendants unlawfully used and diluted Plaintiff's Trademarks.

23     116.  Each of Plaintiff's Trademarks continues to be famous and distinct

24  throughout California as Plaintiff continues to strengthen its presence in key

25  California markets with, in party, an increasingly sophisticated e-commerce website,

26  more robust distribution networks, and the introduction of new product lines, all

27  aimed at consumers throughout California.

28     117.  The acts of Defendants recited herein dilute each of Plaintiff's

1  Trademarks in the State of California and, as such, violate California Business &

2  Professions Code § 14247 giving rise to a state law claim for dilution.

3      118.  Defendants' unlawful acts as stated herein have caused irreparable harm

4  to Plaintiff and will continue to cause further irreparable harm unless Defendants are

5  enjoined by this Court.

6      119.  Defendants' unlawful acts as stated herein have damaged Plaintiff in an

7  amount according to proof.

**EIGHTH CAUSE OF ACTION**

**(Conspiracy Against All Defendants)**

10      120.  Plaintiff re-pleads, re-alleges and incorporates herein by this reference

11  each and every allegation contained in paragraphs 1 through 119, inclusive as though

12  fully set forth herein.

13      121.  As alleged above, Defendants intentionally and maliciously agreed to

14  cooperate in, and did cooperate in, a scheme to defraud consumers by infringing upon

15  Plaintiff's rights and unfairly competing with Plaintiff.

16      122.  In furtherance of this conspiracy, Defendants' at least copied Plaintiff's

17  website, selected a trademark intending to cause consumer confusion, promoted their

18  infringing website at *mydfxpro.com* and *naturalcbdliving.com*, and set up e-commerce

19  payment tools through *www.crbtools.com* to fraudulently process credit cards.

20      123.  Defendants have profited from their fraudulent misrepresentations,

21  infringing activity, and other unlawful actions.

22      124.  As a direct result of Defendants' conspiracy as set forth herein, Water has

23  been damaged and is entitled to recover damages in an amount which shall be proved

24  at trial.

25      125.  Defendants' actions and the injuries inflicted upon Water as set forth

26  herein entitle Water to a recovery of punitive damages against Defendants in an

27  amount to be determined at trial.

28      WHEREFORE, Plaintiff prays for judgment as follows:

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

16

**COMPLAINT**

1.     As to the Third Cause of Action, for disgorgement of all gains, profits, and advantages derived by Defendants from their fraudulent activities described above;

2.     As to the First, Second, Fourth, Fifth, Sixth, Seventh and Eight Causes of Action, for compensatory damages in an amount to be determined at trial but no less than $500,000;

3.     As to the Second, Fifth, and Sixth Causes of Action, for treble damages;

4.     As to the Fifth, Sixth, and Eighth Causes of Action, for punitive/exemplary damages;

5.     Injunctive relief barring Defendants from future infringement;

6.     Injunctive relief barring Defendants from using NATURALCBDLIVING or any confusingly similar variation thereof as a trademark in connection with any hell and wellness goods or services;

7.     Plaintiff's costs and expenses;

8.     Plaintiff's reasonable attorneys' fees;

9.     Prejudgment interest at the maximum legal rate; and

10.    Such other relief as the Court may deem proper.

DATED: August 14, 2019       ALVARADOSMITH
                               A Professional Corporation

By: /s/ S. Christopher Yoo
        S. CHRISTOPHER YOO
        JACOB M. CLARK
        Attorneys for Plaintiff
        WATER FOR LIVING. LLC

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

## Demand for Jury Trial

Plaintiff hereby demands a trial by jury on all issues and claims raised in its Complaint that are triable by jury.

DATED:  August 14, 2019

ALVARADOSMITH
A Professional Corporation


By:  /s/ S. Christopher Yoo
S. CHRISTOPHER YOO
JACOB M. CLARK
Attorneys for Plaintiff
WATER FOR LIVING. LLC

4806352.1 -- N1702.3

COMPLAINT PAGE 135

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

# EXHIBIT A

Case 8:20-cv-00533-JLS-JDE Document 1-2 Filed 03/16/20 Page 138 of 164 Page ID #:209
Case 8:19-cv-03675-JDF Document 1 Filed 05/15/19 Page 26 of 32 Page ID #:20
#:147

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kary A. Cagle*

United States Register of Copyrights and Director



**Registration Number**

**TXu 2-143-107**

**Effective Date of Registration:**
May 31, 2019

---

**Title** _____

Title of Work: CBDLiving.com Website

**Completion/Publication** _____

Year of Completion: 2018

**Author** _____

- Author: Water for Living LLC
  Author Created: text, photograph(s)
  Work made for hire: Yes
  Domiciled in: United States

**Copyright Claimant** _____

Copyright Claimant: Water for Living LLC
E. Harrison St. Unit 100, Corona, CA, 92879, United States

---

**Certification** _____

Name: Anderson J. Duff
Date: May 31, 2019

---

Correspondence: Yes

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

**VAu 1-356-891**

Effective Date of Registration:
May 31, 2019

## Copyright Registration for a Group of Unpublished Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(j)

**Title**
_____

Title of Group: Photographs for Website and Marketing
Number of Photographs in Group: 286

- Individual Photographs: 01_2_1.jpg, 01-orange-cookies.jpg, 01-zkittles.jpg, 01.jpg, 02_1_2.jpg, 02_2.jpg, 02_3.jpg, 02_5.jpg, 02-1.jpg, 03_1_1.jpg, 03-gelato_1.jpg, 03-orange-cookies.jpg, 03-kittles.jpg, 03.jpg, 04_2.jpg, 04_3.jpg, 04_5.jpg, 04.jpg, 05_3.jpg, 05_5.jpg, 05_5.jpg, 2019_05_16_CBD_FULL_RES_SELECTS_6-1400x793.jpg, am-syrup-grape.jpg, amber-2.jpg, amber.jpg, banner2-small.jpg, bathbombs.jpg, berry_black_01.jpg, berry_black_02.jpg, berry_black_023.jpg, blerry_black_04.jpg, blue-berry_01.jpg, blue-berry_02.jpg, blue-berry_03.jpg, blue-berry_04.jpg, blue-berry_05.jpg, bubble-gum_01.jpg, bubble-gum_02.jpg, bubble-gum_03.jpg, bubble-gum_04-1.jpg, bubble-gum_04.jpg, bubble-gum_05.jpg, CBD_Living_1000mg_E_Juice_Passion_Orange_Guava_frnt.jpg, CBD_Living_1000mg_E_Juice_Passion_Orange_Guava_lft.jpg, CBD_Living_1000mg_E_Juice_Passion_Orange_Guava_rt-1.jpg, CBD_Living_1000mg_E_Juice_tropical_Blend_frnt.jpg, CBD_Living_1000mg_E_Juice_tropical_Blend_lft.jpg, CBD_Living_1000mg_E_Juice_tropical_Blend_rt.jpg, CBD_Living_1000mg_E_Juice_Unflavored_frnt.jpg, CBD_Living_1000mg_E_Juice_Unflavored_lft.jpg

- Individual Photographs: CBD_Living_1000mg_E_Juice_Unflavored_rt.jpg, CBD_Living_1000mg_E_Juice_Watermelon_bubblegum_frnt.jpg, CBD_Living_1000mg_E_Juice_Watermelon_bubblegum_lft.jpg, CBD_Living_1000mg_E_Juice_Watermelon_bubblegum_rt.jpg, CBD_Living_Infuser_Ball_3qtr_lft_prod-1.jpg, CBD_Living_Infuser_Ball_3qtr_rt_prod.jpg, CBD_Living_Loose-Leaf_Tea_Straw_3qtr_lft_prod.jpg, CBD_Living_Loose-Leaf_Tea_Straw_back.jpg, CBD_Living_Silicone_Infuser_3qtr_lft_prod.jpg, CBD_Living_Silicone_Infuser_3qtr_lft.jpg, CBD_Living_Silicone_Infuser_back.jpg, CBD_Living_Silicone_Infuser_rt.jpg, CBD_Living_Tea_Infuser_3qtr_lft_Prod.jpg, CBD_Living_Tea_Infuser_3qtr_rt_prod.jpg, CBD_Living_Tea_Infuser_3qtr_rt.jpg, CBD-Water-Photos-by-Fox-and-Nug-50-tall.jpg, chai_turmeric_01_1.jpg, chai_turmeric_01.jpg, chai_turmeric_02_case.jpg, chai_turmeric_02.jpg, chai_turmeric_03_1.jpg, chai_turmeric_03.jpg, chai_turmeric_04_1.jpg, chai_turmeric_04.jpg, cherry-1.jpg, cherry-2.jpg, cherry-3.jpg, cherry-4.jpg, cherry-5.jpg, cherry-bag-1-

Page 1 of 3

1.jpg, cherry-bag-1.jpg, cherry-bag-2.jpg, cherry-rings-1.jpg, cherry-rings-2.jpg, cherry-rings-3.jpg, cherry-rings-4.jpg, chocolate-2_1.jpg, chocolate-3.jpg, chocolate-4.jpg, chocolate-5.jpg, chocolate.jpg, cinnamon_swirl_01.jpg, cinnamon_swirl_02.jpg, cinnamon_swirl_03.jpg, coconut_herbal_01.jpg, coconut_herbal_02.jpg, coconut_herbal_03.jpg, coconut_herbal_04.jpg, dark-chocolate-1.jpg, dark-chocolate-2.jpg

- **Individual Photographs:** dark-chocolate-3.jpg, dark-chocolate-4.jpg, dark-chocolate-422.jpg, eucalyptus-2.jpg, eucalyptus.jpg, freeze-1.jpg, freeze-2.jpg, freeze-3.jpg, freeze.jpg, gel-caps-3_2.jpg, gel-caps-3.jpg, gel-caps-5-2.jpg, gel-caps-5-3.jpg, gel-caps-5-22.jpg, gel-caps-5.jpg, gel-caps-30-2.jpg, gel-caps-30-3.jpg, gel-caps-30.jpg, grape-fruit_01.jpg, grape-fruit_02.jpg, grape-fruit_03.jpg, grape-fruit_04.jpg, grape-fruit_05.jpg, green-apple-bag-1.jpg, green-apple-bag-2.jpg, green-apple-1.jpg, green-apple-2.jpg, green-apple-3.jpg, green-apple-4.jpg, green-apple-5.jpg, green-apple-rings-1.jpg, green-apple-rings-2.jpg, green-apple-rings-3.jpg, green-apple-rings-4.jpg, gummies-2.jpg, gummies-3.jpg, gummies-4.jpg, gummies-sour-2.jpg, gummies-sour-3.jpg, gummies-sour-4.jpg, gummies-sour.jpg, gummies.jpg, img_1849_1.jpg, instant_matcha_01.jpg, instant_matcha_02.jpg, instant_matcha_03.jpg, instant_matcha_04.jpg, isolate_1_1.jpg, isolate_2_1.jpg, isolate_3_1.jpg

- **Individual Photographs:** isolate_4_1.jpg, isolate_5_1.jpg, isolate-bag-2.jpg, lavander-1.jpg, lavander.jpg, lemon-2.jpg, lemon.jpg, living-gummies-1.jpg, living-gummies-2.jpg, living-gummies-3.jpg, living-gummies-4_2.jpg, iving gummies-4.jpg, living-patch-1.jpg, living-patch-2_1.jpg, living-patch-2.jpg, living-patch-3_1.jpg, living-patch-3.jpg, living-patch-4_1.jpg, living-patch-4.jpg, living-patch-box_1.jpg, living-patch-creative_1.jpg, living-patch-open_1.jpg, lotion_01_1.jpg, lotion_01_2.jpg, lotion_01.jpg, lotion_02_1.jpg, lotion_02_2.jpg, lotion_02.jpg, lotion_03_1.jpg, lotion_03_2.jpg, mango_herbal_01.jpg, mango_herbal_02.jpg, mango_herbal_03.jpg, mango_herbal_04.jpg, natural_01.jpg, natural_02.jpg, natural_03.jpg, natural_05.jpg, passion_fruit_1.jpg, passion_fruit_2.jpg, passion_fruit_3.jpg, passion_green_01.jpg, passion_green-02-1.jpg, passion_green_02.jpg, passion_green_03.jpg, passion_green_04.jpg, patch_12.jpg, pet-caps-2-1.jpg, pet-caps-2.jpg, pet-caps-3.jpg

- **Individual Photographs:** pet-caps-4.jpg, pet-caps.jpg, pina_colada_1.jpg, pina_colada_2.jpg, pina_colada_3.jpg, shatter-bag-1.jpg, sleep-aid-cherry_1.jpg, sleep-aid-cherry-2_2.jpg, sleep-aid-cherry-3_2.jpg, sleep-aid-grape_1.jpg, sleep-aid-grape-2_2.jpg, sleep-aid-grape-3_2.jpg, soap-amber-1.jpg, soap-amber-2.jpg, soap-amber-3_1.jpg, soap-amber.jpg, soap-coconut-lime-1.jpg, soap-coconut-lime-2.jpg, soap-coconut-lime-3.jpg, soap-coconut-lime.jpg, soap-eucalyptus-1.jpg, soap-eucalyptus-3.jpg, soap-eucalyptus.jpg, soap-lavender-1.jpg, soap-lavender-2.jpg, soap-lavender-3.jpg, soap-lavender.jpg, sour-diesel_01.jpg, sour-diesel_02.jpg, sour-diesel_03.jpg, sour-diesel_04.jpg, sour-diesel_05.jpg, strawberry_cream_1_1.jpg, strawberry_cream_2.jpg, strawberry_cream_3.jpg, tangie_01.jpg, tangie_02.jpg, tangie_03.jpg, tangie_04.jpg, tangie_05.jpg, tincture_1_1_1.jpg, tincture_1_1.jpg, tincture_1.jpg, tincture-3_1_1_1.jpg, tincture-3_1_1.jpg, tincture-3_1.jpg, tincture-3.jpg, tincture-4_1_1_1.jpg, tincture-4_1_1.jpg, tincture-4_1.jpg

- **Individual Photographs:** tincture-4.jpg, tincture-250-1.jpg, tincture-250-2.jpg, tincture-250.jpg, tincture-500-1.jpg, tincture-500-2.jpg, tincture-500.jpg, tincture-750-2.jpg, tincture-750.jpg, tincture-1000-2_1.jpg, tincture-1000-2.jpg, tincture-1000.jpg, tincture.jpg, toffee_cream_1.jpg, toffee_cream_2.jpg, toffee_cream_3.jpg, tropical_blend_1.jpg, tropical_blend_2.jpg, tropical_blend_3.jpg, tshirt-royal-back_6.jpg, tshirt-royal-front_6.jpg, tshirt-white-back_7.jpg, tshirt-white-front_1_2.jpg, unflavored_1.jpg, unflavored_2.jpg, unflavored_3.jpg, vegan-

Page 2 of 3



gummies-1.jpg, vegan-gummies-2.jpg, vegan-gummies-3.jpg, vegan-gummies-4.jpg, water_111sqr-1.png, water_111sqr.png, water_case_sqr.png, watermelon_bubblegum_1.jpg, watermelon_bubblegum_2.jpg, watermelon_bubblegum_3.jpg

## Completion/Publication

**Year of Completion:** 2018

## Author

**Author:** Water for Living LLC
**Author Created:** photographs
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Water for Living LLC
E. Harrison St., Unit 100, Corona, CA, 92879, United States

## Certification

**Name:** Anderson J. Duff
**Date:** May 31, 2019

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of unpublished photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Page 3 of 3

Case 8:19-cv-01575-J   Document 1   Filed 08/15/19   Page 24 of 32   Page ID #:24

# EXHIBIT B



 



## About Natural CBD Living water

Global scientists, business minds and thought leaders have come together to form CBD Living, an international, world-class company producing CBD (cannabidiol) products far superior to any other hemp-derived CBD product on the market.

Our team watched the global hemp industry develop by lab-testing claims on other company's products. We saw so many gaps between what people were advertising and the level of expertise that companies were bringing to the CBD extraction process, and recognized that we had an opportunity to push the envelope on the science of CBD.

The secret to our superior products lies in our use of nanotechnology, a unique manufacturing process that reduces CBD molecules into nano-sized droplets, without the addition of emulsifiers. The nanotechnology process allows for CBD to absorb into the body more efficiently. This proprietary technology increases the efficacy of the CBD by increasing its bioavailability up to 90 percent, delivering CBD directly to the CB1 and CB2 receptors of the body's endocannabinoid system.

## Established

*First established in 2013 and headquartered in Corona, California, CBD Living has a global reach for our products through our vast distribution in stores all over the world. Our products are organically grown in Colorado at a state-licensed hemp farm and extraction facility.*

CBD Living offers a vast array of products to meet different preferences and lifestyles. From CBD-infused water to capsules, soaps, bath bombs, patches, gummies and more, CBD Living brings sophistication and scientific rigor to the CBD extraction process, using our nanotechnology to deliver maximum benefit to the consumer. extractors and manufacturers are paid a fair wage above market rates. Our products are all fair trade, embracing our global values to advance employment and labor practices through the hemp CBD industry. Our products are never tested on animals.



**DO YOU HAVE QUESTIONS?**
sales@naturalcbdliving.com



**NATIONWIDE SHIPPING**
We ship to all 50 states



**EASY SECURE PAYMENTS**
VISA · MASTERCARD · AMEX · DISCOVER

BE THE FIRST TO KNOW

Sign up to our newsletter today
Get all the latest information on Events, Sales and Offers.

Email Address          Subscribe

CONTACT INFORMATION

✉ Email: sales@naturalcbdliving.com

MY ACCOUNT

About us
Contact Us
My Account

FDA DISCLOSURE

These statements have not been evaluated by the FDA and are
not intended to diagnose, treat or cure any disease. Always
check with your physician before starting a new dietary
supplement program.

WORKING DAYS/HOURS

Mon - Sun / 9:00AM - 8:00PM

Store
Privacy Policy
Terms
EULA Disclaimer

© 2019 - Natural CBD Living - All Rights Reserved.

About Us – Natural CBD Living

# EXHIBIT C





HOME › SHOP › EDIBLES & DRINKS › GUMMIES







EDIBLES & DRINKS, GUMMIES
**Living Gummies**
$40.00

ADD TO CART

EDIBLES & DRINKS, GUMMIES
**Living Gummy Rings Bag Cherry 100mg**
$20.00

ADD TO CART

EDIBLES & DRINKS, GUMMIES
**Living Gummy Rings Bag Green Apple 100...**
$20.00

ADD TO CART









EDIBLES & DRINKS, GUMMIES
**Living Natural Gummies Bag**
$20.00

ADD TO CART

EDIBLES & DRINKS, GUMMIES
**Living Sour Gummies**
$40.00

ADD TO CART

EDIBLES & DRINKS, GUMMIES
**Living Sour Gummies Bag**
$20.00

ADD TO CART



EDIBLES & DRINKS, GUMMIES
**Living Vegan Gummies**
$46.00

⌄ ADD TO CART



Case 8:20-cv-00533-JLS-JDE   Document 1-2   Filed 03/16/20   Page 148 of 164   Page ID
#:157
Case 8:19-cv-01575   Document 1   Filed 05/15/19   Page 30 of 32   Page ID #:30

# EXHIBIT D

7/28/2019

New Products – My DFX



HOME › NEW PRODUCTS

July 28, 2019



**NATURAL CBD LIVING**
ALL NATURAL CBD PRODUCTS

Natural CBD Living offers a vast array of products to meet different preferences and lifestyles. From CBD-infused water to capsules, soaps, bath bombs, patches, gummies and more. Natural CBD Living brings sophistication and scientific rigor to the CBD extraction process, using our nanotechnology to deliver maximum benefit to the consumer. Extractors and manufacturers are paid a fair wage above market rates. Our products are all fair trade, embracing our global values to advance employment and labor practices through the hemp CBD industry. Our products are never tested on animals.

## Quick Buy
Choose from the most popular.

Edible Gummies     •••

Tinctures

Capsules

Living Freeze

Living Water

### Who does'nt love Gummies?

CBD Gummies are a convenient, delicious way to enjoy your daily dose of CBD. Each gummy is infused with 10mg of Nano-CBD (300mg Per Bottle) for maximum bioavailability. One bottle contains 30 gummies of various natural flavors including Cherry, Lime, Pineapple, Orange and Lemon. CBD Living Gummies are a great product for people who are on the go! Each gummy contains 10mg of CBD, so there is no guesswork when dosing.

Priced from $20 to $46 - Varied Sizes

*Clicking this button will open the Natural CBD Site



Site Map
Home                          About Us

COMPLAINT PAGE 148

New Products — My DFX

Team DFX
Media

Products
Testimonials

**NOTIFICATIONS**

Add email to be notified of events and upcoming promotions.

your.address@email.com

We never spam!

**GET IN TOUCH**

T (714) 690 0909
Email: info@mydfxpro.com

DFX Sports & Fitness
1144 N. Grove Street Anaheim, CA 92806

♀ Open in Google Maps

© 2019 DFX Sport & Fitness LLC. All Rights Reserved.

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF ORANGE

# ALTERNATIVE DISPUTE RESOLUTION (ADR)
# INFORMATION PACKAGE

### NOTICE TO PLAINTIFF(S) AND/OR CROSS-COMPLAINANT(S):

**Rule 3.221(c) of the California Rules of Court requires you to serve a copy of the ADR Information Package along with the complaint and/or cross-complaint.**

California Rules of Court – Rule 3.221
Information about Alternative Dispute Resolution (ADR)

(a) Each court shall make available to the plaintiff, at the time of filing of the complaint, an ADR Information Package that includes, at a minimum, all of the following:

(1) General information about the potential advantages and disadvantages of ADR and descriptions of the principal ADR processes.

(2) Information about the ADR programs available in that court, including citations to any applicable local court rules and directions for contacting any court staff responsible for providing parties with assistance regarding ADR.

(3) Information about the availability of local dispute resolution programs funded under the Dispute Resolutions Program Act (DRPA), in counties that are participating in the DRPA. This information may take the form of a list of the applicable programs or directions for contacting the county's DRPA coordinator.

(4) An ADR stipulation form that parties may use to stipulate to the use of an ADR process.

(b) A court may make the ADR Information Package available on its Web site as long as paper copies are also made available in the clerk's office.

(c) The plaintiff must serve a copy of the ADR Information Package on each defendant along with the complaint. Cross-complainants must serve a copy of the ADR Information Package on any new parties to the action along with the cross-complaint.

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF ORANGE

## ADR Information

**Introduction.**

Most civil disputes are resolved without filing a lawsuit, and most civil lawsuits are resolved without a trial. The courts and others offer a variety of Alternative Dispute Resolution (ADR) processes to help people resolve disputes without a trial. ADR is usually less formal, less expensive, and less time-consuming than a trial. ADR can also give people more opportunity to determine when and how their dispute will be resolved.

**BENEFITS OF ADR.**

Using ADR may have a variety of benefits, depending on the type of ADR process used and the circumstances of the particular case. Some potential benefits of ADR are summarized below.

**Save Time.**  A dispute often can be settled or decided much sooner with ADR; often in a matter of months, even weeks, while bringing a lawsuit to trial can take a year or more.

**Save Money.**  When cases are resolved earlier through ADR, the parties may save some of the money they would have spent on attorney fees, court costs, experts' fees, and other litigation expenses.

**Increase Control Over the Process and the Outcome.**  In ADR, parties typically play a greater role in shaping both the process and its outcome. In most ADR processes, parties have more opportunity to tell their side of the story than they do at trial. Some ADR processes, such as mediation, allow the parties to fashion creative resolutions that are not available in a trial. Other ADR processes, such as arbitration, allow the parties to choose an expert in a particular field to decide the dispute.

**Preserve Relationships.**  ADR can be a less adversarial and hostile way to resolve a dispute. For example, an experienced mediator can help the parties effectively communicate their needs and point of view to the other side. This can be an important advantage where the parties have a relationship to preserve.

**Increase Satisfaction.**  In a trial, there is typically a winner and a loser. The loser is not likely to be happy, and even the winner may not be completely satisfied with the outcome. ADR can help the parties find win-win solutions and achieve their real goals. This, along with all of ADR's other potential advantages, may increase the parties' overall satisfaction with both the dispute resolution process and the outcome.

**Improve Attorney-Client Relationships.**  Attorneys may also benefit from ADR by being seen as problem-solvers rather than combatants. Quick, cost-effective, and satisfying resolutions are likely to produce happier clients and thus generate repeat business from clients and referrals of their friends and associates.

**DISADVANTAGES OF ADR.**

ADR may not be suitable for every dispute.

**Loss of protections.**  If ADR is binding, the parties normally give up most court protections, including a decision by a judge or jury under formal rules of evidence and procedure, and review for legal error by an appellate court.

**Less discovery.**   There generally is less opportunity to find out about the other side's case with ADR than with litigation.   ADR may not be effective if it takes place before the parties have sufficient information to resolve the dispute.

**Additional costs.**   The neutral may charge a fee for his or her services.   If a dispute is not resolved through ADR, the parties may have to put time and money into both ADR and a lawsuit.

**Effect of delays if the dispute is not resolved.**   Lawsuits must be brought within specified periods of time, known as statues of limitation.   Parties must be careful not to let a statute of limitations run out while a dispute is in an ADR process.

## TYPES OF ADR IN CIVIL CASES.

The most commonly used ADR processes are arbitration, mediation, neutral evaluation and settlement conferences.

**Arbitration.**   In arbitration, a neutral person called an "arbitrator" hears arguments and evidence from each side and then decides the outcome of the dispute. Arbitration is less formal than a trial, and the rules of evidence are often relaxed. Arbitration may be either "binding" or "nonbinding." *Binding arbitration* means that the parties waive their right to a trial and agree to accept the arbitrator's decision as final. Generally, there is no right to appeal an arbitrator's decision. *Nonbinding* arbitration means that the parties are free to request a trial if they do not accept the arbitrator's decision.

**Cases for Which Arbitration May Be Appropriate.**   Arbitration is best for cases where the parties want another person to decide the outcome of their dispute for them but would like to avoid the formality, time, and expense of a trial. It may also be appropriate for complex matters where the parties want a decision-maker who has training or experience in the subject matter of the dispute.

**Cases for Which Arbitration May <u>Not</u> Be Appropriate.**   If parties want to retain control over how their dispute is resolved, arbitration, particularly binding arbitration, is not appropriate. In binding arbitration, the parties generally cannot appeal the arbitrator's award, even if it is not supported by the evidence or the law. Even in nonbinding arbitration, if a party requests a trial and does not receive a more favorable result at trial than in arbitration, there may be penalties.

**Mediation.**   In mediation, an impartial person called a "mediator" helps the parties try to reach a mutually acceptable resolution of the dispute. The mediator does not decide the dispute but helps the parties communicate so they can try to settle the dispute themselves. Mediation leaves control of the outcome with the parties.

**Cases for Which Mediation May Be Appropriate.**   Mediation may be particularly useful when parties have a relationship they want to preserve. So when family members, neighbors, or business partners have a dispute, mediation may be the ADR process to use. Mediation is also effective when emotions are getting in the way of resolution. An effective mediator can hear the parties out and help them communicate with each other in an effective and nondestructive manner.

**Cases for Which Mediation May <u>Not</u> Be Appropriate.**   Mediation may not be effective if one of the parties is unwilling to cooperate or compromise. Mediation also may not be effective if one of the parties has a significant advantage in power over the other. Therefore, it may not be a good choice if the parties have a history of abuse or victimization.

**Neutral Evaluation.**   In neutral evaluation, each party gets a chance to present the case to a neutral person called an "evaluator." The evaluator then gives an opinion on the strengths and weaknesses of each party's evidence and arguments and about how the dispute could be resolved. The evaluator is

often an expert in the subject matter of the dispute. Although the evaluator's opinion is not binding, the parties typically use it as a basis for trying to negotiate a resolution of the dispute.

**Cases for Which Neutral Evaluation May Be Appropriate.**   Neutral evaluation may be most appropriate in cases in which there are technical issues that require special expertise to resolve or the only significant issue in the case is the amount of damages.

**Cases for Which Neutral Evaluation May Not Be Appropriate.**   Neutral evaluation may not be appropriate when there are significant personal or emotional barriers to resolving the dispute.

**Settlement Conferences.**   Settlement conferences may be either mandatory or voluntary. In both types of settlement conferences, the parties and their attorneys meet with a judge or a neutral person called a "settlement officer" to discuss possible settlement of their dispute. The judge or settlement officer does not make a decision in the case but assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. Settlement conferences are appropriate in any case where settlement is an option. Mandatory settlement conferences are often held close to the date a case is set for trial.

## ADDITIONAL INFORMATION.

In addition to mediation, arbitration, neutral evaluation, and settlement conferences, there are other types of ADR, including conciliation, fact finding, mini-trials, and summary jury trials.  Sometimes parties will try a combination of ADR types.  The important thing is to try to find the type or types of ADR that are most likely to resolve your dispute.

To locate a dispute resolution program or neutral in your community:
- Contact the California Department of Consumer Affairs, Consumer Information Center, toll free, 1-800-852-5210
- Contact the Orange County Bar Association at (949) 440-6700
- Look in the telephone directories under "Arbitrators" or "Mediators"

Free mediation services are provided under the Orange County Dispute Resolution Program Act (DRPA) For information regarding DRPA, contact:
- Community Service Programs, Inc. (949) 250-4058
- Orange County Human Relations (714) 480-6572

For information on the Superior Court of California, County of Orange court ordered arbitration program, refer to Local Rule 360.

The Orange County Superior Court offers programs for Civil Mediation and Early Neutral Evaluation (ENE).  For the Civil Mediation program, mediators on the Court's panel have agreed to accept a fee of $300 for up to the first two hours of a mediation session.  For the ENE program, members of the Court's panel have agreed to accept a fee of $300 for up to three hours of an ENE session.   Additional information on the Orange County Superior Court Civil Mediation and Early Neutral Evaluation (ENE) programs is available on the Court's website at www.occourts.org.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name & Address):* | FOR COURT USE ONLY |
|---|---|
| Telephone No.:                              Fax No. (Optional):<br>E-Mail Address (Optional):<br>ATTORNEY FOR *(Name):*                Bar No: | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
JUSTICE CENTER:
☐ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045
☐ Civil Complex Center - 751 W. Santa Ana Blvd., Santa Ana, CA 92701-4512
☐ Harbor – Newport Beach Facility – 4601 Jamboree Rd., Newport Beach, CA 92660-2595
☐ North – 1275 N. Berkeley Ave., P.O. Box 5000, Fullerton, CA 92838-0500

PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

| **ALTERNATIVE DISPUTE RESOLUTION (ADR) STIPULATION** | CASE NUMBER: |
|---|---|

Plaintiff(s)/Petitioner(s),_____

_____

and defendant(s)/respondent(s), _____

_____

agree to the following dispute resolution process:

☐  Mediation

☐  Arbitration (must specify code)
                  ☐ Under section 1141.11 of the Code of Civil Procedure
                  ☐ Under section 1280 of the Code of Civil Procedure

☐  Neutral Case Evaluation

The ADR process must be completed no later than 90 days after the date of this Stipulation or the date the case was referred, whichever is sooner.

☐  I have an *Order on Court Fee Waiver* (FW-003) on file, and the selected ADR Neutral(s) are eligible to provide pro bono services.

☐  The ADR Neutral Selection and Party List is attached to this Stipulation.

We understand that there may be a charge for services provided by neutrals.  We understand that participating in an ADR process does not extend the time periods specified in California Rules of Court rule 3.720 et seq.

Date: _____     _____     _____
                  (SIGNATURE OF PLAINTIFF OR ATTORNEY)    (SIGNATURE OF PLAINTIFF OR ATTORNEY)

Date: _____     _____     _____
                  (SIGNATURE OF DEFENDANT OR ATTORNEY)    (SIGNATURE OF DEFENDANT OR ATTORNEY)

**ALTERNATIVE DISPUTE RESOLUTION (ADR) STIPULATION**

Approved for Optional Use                            California Rules of Court, rule 3.221
L1270 (Rev. July 2014)

# EXHIBIT 3

Selective Insurance Company 
3426 TORINGDON WAY STE 200
CHARLOTTE NC 28277-3497

US POSTAGE AND FEES PAID
**FIRST-CLASS**
Sep 17 2019
Mailed from ZIP 28277
1 oz First-Class Mail Letter



071S00777793

**USPS CERTIFIED MAIL**

9407 1108 9876 5044 2766 93

Century Tree Service 22029314
1144 N GROVE ST
ANAHEIM CA 92806-2109

FOLD ALONG THIS LINE

COMPLAINT PAGE 151



Travis Allen
Selective Insurance Company of America
Mailing address for correspondence:
P.O. Box 7264
London, KY 40742
Phone#: 980-215-7548
Fax#: 877-233-1354
travis.allen@selective.com

September 16, 2019

Century Tree Service
1144 N. Grove St
Anaheim, CA 92806

**Disclaimer of Coverage**

RE:

      Complaint: Water for Living LLC Vs. GFroce Corporation dba DFX Sports and Fitness, Century Tree Service Inc. and Tom Smith
Named Insured: Century Tree Service dba Century Products
Claim Number: 22029314
Policy Number(s): MP0004008013408
Policy Period(s): 11/18/2018 – 11/18/2019
Policy Limits: $1,000,000 each occurrence limit / $2,000,000 general aggregate limit
Date of Loss: Multiple

Dear Mr. Mejia -

I am a Complex Claims Specialist employed by Selective Insurance Company of America, which is handling this claim on behalf of your insurance carrier, Mesa Underwriters Specialty Insurance Company ("MUSIC"). I am responsible for handling this claim and determining what coverage may be available under the terms of the insurance policy you purchased

You have requested, through your insurance agency, that MUSIC provide a defense and/or indemnification for the claims made in the above Claim. That request was made under the insurance policy you purchased from MUSIC referenced above. The purpose of this letter is to advise you of MUSIC's decision with respect to whether insurance coverage may be available to you for the claims made in the above Claim.

### SUMMARY OF MUSIC'S POSITION

After careful review, we must advise you that MUSIC has determined that none of the claims being asserted in the above captioned complaint qualify for coverage under your policy with MUSIC. Our reasons for this decision are more fully discussed in the section in this letter entitled "*MUSIC'S COVERAGE DETERMINATION.*" Therefore, MUSIC cannot offer you either a defense or

Claims Department
Mesa Underwriters Specialty Insurance Company
100 Tournament Drive Suite 200
Horsham, PA 19044

indemnification in connection with the claim. **If you believe you need legal representation, you will need to retain your own legal counsel, at your own expense, to defend you against the claims made.**

## INFORMATION REVIEWED

In reaching the above determination, we have carefully reviewed the claims presented by Water for Living LLC (hereinafter "Plaintiff") in the complaint referenced above. We have compared the available facts against the terms of the insurance policy.  In addition to the information already submitted, if you should come into possession of new or different information you feel may be relevant to this matter please forward it to us so that we may give it our full attention.

## ALLEGED FACTS

The claim being presented to Century Tree Service ("Century"), involves a lawsuit filed by the Plaintiff, alleging that Century intentionally copied plaintiff's copyrighted works, false advertised, misled consumers and infringed on plaintiff's trademarks with respect to their CBD products. Specific counts include: 1) Copyright Infringement; 2) False Advertising; 3) Unfair Business Practices; 5) Unfair Competition; 6) Trademark Infringement; 7) Trademark Dilution and 8) Civil Conspiracy

## MUSIC'S COVERAGE DETERMINATION

To understand MUSIC's coverage position, it is important to first review the language of the insurance policy.  Following our citation of the policy language, I will explain how MUSIC determined that no coverage is available to Century in this matter.

## THE POLICY

Please refer to the Section I Insuring Agreement section of the policy form bearing form number CG 00 01 04 13.

## SECTION I — COVERAGES
## COVERAGE A — BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

> a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result...

## SECTION I — COVERAGES
## COVERAGE A — BODILY INJURY AND PROPERTY DAMAGE LIABILITY

### 1. Insuring Agreement

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result...

## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement
a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result...

The following Definitions beginning on page 13 of 16 apply to the above policy language.

### SECTION V – DEFINITIONS

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:
a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and
b. Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

Claims Department
Mesa Underwriters Specialty Insurance Company
100 Tournament Drive Suite 200
Horsham, PA 19044

14."Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:
a. False arrest, detention or imprisonment;
b. Malicious prosecution;
c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;
d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;
e. Oral or written publication, in any manner, of material that violates a person's right of privacy;
f. The use of another's advertising idea in your "advertisement"; or
g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:
a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or
b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

Please note that your policy also contains Exclusions which may also affect coverage in this case. In particular, the Exclusion which apply are:

**2. Exclusions**
This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**
"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**
"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights...

# EXCLUSION – INFRINGEMENT OF INTELLECTUAL PROPERTY
This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Claims Department
Mesa Underwriters Specialty Insurance Company
100 Tournament Drive Suite 200
Horsham, PA 19044

**SECTION I – COVERAGES - COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY 2. -**
**Exclusions i. - Infringement of Copyright, Patent, Trademark or Trade Secret** is replaced with the following:
**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**
"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.
**SECTION V – DEFINITIONS – 14.** is replaced with the following:
**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:
**a.** False arrest, detention or imprisonment;
**b.** Malicious prosecution;
**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;
**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or
**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy.


In summary, the claims being presented by the Plaintiff allege 1) Copyright Infringement; 2) False Advertising; 3) Unfair Business Practices; 5) Unfair Competition; 6) Trademark Infringement; 7) Trademark Dilution and 8) Civil Conspiracy. The Infringement of Intellectual Property Exclusion outlined above modifies the definition of "personal and advertising injury" to exclude coverage for the use of another's advertising idea in your "advertisement" and infringing upon another's copyright, trade dress or slogan in your "advertisement". As such, the allegations in the complaint do not meet the definition of "personal and advertising injury" under the policy, nor do they qualify as "property damage" or "bodily injury." Accordingly, there is no coverage for this claim available under the policy and MUSIC is unable to defend or indemnify Century, nor any of the other defendants for this claim.

MUSIC places a priority on handling claims promptly and fairly. However, we are required to advise you when the facts and circumstances involving a claim or suit, or the provisions in your policy, raise questions concerning coverage. When that situation arises, we must expressly notify you when there is no applicable coverage afforded on a claim. Although we have attempted to include all of the policy provisions that we believe are pertinent to the above-referenced claim, the provisions set forth above in no way replace the provisions of the actual Policy issued. If you have any questions regarding the terms, definitions, exclusions, conditions, endorsements and/or limits of liability contained in the applicable Policies, you should refer to the Policies themselves. To the extent there is any discrepancy between this letter and the Policies, the Policies control.

Please be reminded that we have no duty to defend or pay the defense cost for an insured against any "suit" seeking damages for which this insurance does not apply. If you have other insurance available, you should immediately notify those insurance companies of this claim and demand for indemnification. Finally, please understand that Century has the right to retain counsel, at its own expense, to represent it in connection with this claim.

Claims Department
Mesa Underwriters Specialty Insurance Company
100 Tournament Drive Suite 200
Horsham, PA 19044

If you have any facts or other information that you believe may impact our coverage position, we request that you bring such information, claim or pleadings to our immediate attention, so that we may evaluate same and assess whether such information, claim, or pleading impacts our coverage position.

Although MUSIC is today declining coverage for this claim, should you wish to discuss our decision or wish to give us more or different information that may be relevant, we will be available to discuss. We reserve the right to modify our position based on any new or different information. All rights, whether mentioned in this letter or not, are hereby expressly reserved and no acts or failure to act by MUSIC are intended, nor shall they be construed as, a waiver of any of MUSIC's rights.

Hopefully this letter provides you with a clear explanation of MUSIC's position regarding your insurance coverage for this claim.  However, if you would like to discuss any aspect of this claim, I would be happy to discuss such matters with you.  I can be reached at 980-215-7548.

Sincerely,

Travis Allen
Complex Claims Specialist

CC:
R E Chaix & Associates
3200 El Camino Real Suite 290
Irvine, CA  92602

Claims Department
Mesa Underwriters Specialty Insurance Company
100 Tournament Drive Suite 200
Horsham, PA 19044

Geraci Law Firm
18100 Von Karman Ave Ste 850
Irvine, CA 92612

Mesa Underwriters Specialty In
6263 N. Scottsdale Road Ste 300
Scottsdale, AZ 85250

MAR 1 4 2020