JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY TREE SERVICE, INC., dba CENTURY PRODUCTS, a California corporation; and FLOYD THOMAS SMITH, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, an entity; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 8:20-cv-00533-JLS-JDE<br><br>Assigned to Hon. Josephine L. Staton<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

## ORDER

The stipulation is approved. Pursuant to Rule 41(a), the entire action, including all claims stated herein against all parties, is hereby dismissed without prejudice.

Dated: December 18, 2020

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE